**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

RECEIVED

JAN 13 2025

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

Dante' D. Gordon
_____
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:     PRISONER # 367-544

2:25 CV 0031

vs.

Thomas Putlak et al
_____
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

SEE attached cover of complaint

JUDGE  SARGUS

MAGISTRATE JUDGE  DEAVERS

**COMPLAINT**

I.     PARTIES TO THE ACTION:

PLAINTIFF:     PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE
ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY
CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE
NUMBER IS REQUIRED.

Dante' D. Gordon
NAME - FULL NAME PLEASE - PRINT

68518 BANNOCK Rd-S.R.331
ADDRESS: STREET, CITY, STATE AND ZIP CODE

St.Clairsville, Ohio 43950

N/A
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER
SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES,
ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE
WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED
AT THE TIME OF FILING THIS COMPLAINT.

-1-

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A.  HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

B.  IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1.  PARTIES TO THIS PREVIOUS LAWSUIT

PLAINTIFFS:

DEFENDANTS:

2.  COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT , NAME THE COUNTY)

3.  DOCKET NUMBER

4.  NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

5.  DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

6.  APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

7.  APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?
YES (X) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE
PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

USEd the GRiEVANCE filing Informal Complaint
Resolution, then GRIEVANCE then Appeal used
all available Remedies that were Available to me

2. WHAT WAS THE RESULT?

Denied

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID
YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

2. WHAT WAS THE RESULT?

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON
THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT
APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. *See Copy of Complaint*
   NAMES - FULL NAME PLEASE

   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. 

3. 

4. 

5. 

6. 

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

-4-

**STATEMENT OF CLAIM**

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

See copy of complaint

-5-

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

SIGNED THIS _____ DAY OF _____ 20____.


_____
SIGNATURE OF PLAINTIFF

-6-

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
************************************************

DANTE' D. GORDON
P.I.D. No.:367-544                          Case No.:
P.O. Box 540
68518 Bannock R.D. S.R.331                  Judge:
St.Clairsville, Ohio 43950-0548

                                            Complaint With Jury Demand

  v.

Thomas Pytlak-(Barber Instructor)
Kent Litzenberger-(Principal)
Mary Potter-(Deputy Warden Special
            Services-DWSS)
James Covey-(Unit Manager)
David Gray-(Warden)
Patrick Haley-(Institutional
            Inspector-IIS)
Vince Carpenter-(Seargent)
David Taylor-(Unit Manager Chief)
Chuck Tiger-(Seargent)
Heather Appenzeller-(Captain)
Darrell Dowery-(Lieutenant)
Denise Henry-(Lieutenant/Special Duty
            Mailroom Supervisor)
Derek Winland-(Packageroom Officers)
John/Jane Doe-(1-thru-25-Mailroom offficers/
            officers that handle/touched Legal
            mail-incoming/outgoing inter alia)
(FNU)-Linvingston-(Officer)
(FNU)-Wolfe-(Officer)
(FNU)-Donzilla-(Officer)
(FNU)-Lucas-(Case Manager)
Belmont Correctional Institution-(BeCI)
68518 Bannock Rd. S.R.331
P.O. Box 540
St.Clairsville, Ohio 43950-0540
Anette Chambers-Smith-(Director)
Ohio Department of Rehabilitation
and Corrections
4545 Fisher Rd. Ste.D
Columbus, Ohio 43228

****************************************

COMPLAINT WITH JURY DEMAND
************************

INTRODUCTION:VERIFIED COMPLAINT FOR DAMAGES,PUNITIVE,COMPENSATORY,INJUNTIVE RELIEF

1.)-This is a 42 USC 1983 action filed by Dante' D. Gordon, a state prisoner, alleging violations of his constitutional rights, of retaliation, conspired acts of retaliation, harssment,discrimination, racist animus, denying access to the courts, impeding,frustating  access to the courts theft of property, continuous acts of retaliation, custom and culture

(1 of 52)

inter alia. Mr.Gordon seeks injunctive relief, compensatory,PUNTIVE, monetary damages. Due to Officer Wolfe Conspired acts of retaliation with Librarian Kuryn,Haley, John/Jane Doe 1-thru-6, Officer Wolfe left his post, stalked, hunted and targeted Mr.Gordon as he was going to the library, it was methodically closed this day and officer wolfe who was informed by Librarian Kuryrn who was informed by her Racist White Clerk Richard Whitman and or her peon Black token,house negro Clerk Ricarrdo Dotson of where Mr.Gordon was putting his 42 USC 1983 complaint at when he was done typing when he was in the library, informed wolfe of this and Wolfe went for the bag that Mr.Gordon stored his 42 USC 1983 action and Wolfe three the complaint down in the muddy wet concrete on this wete rainy day. SO this has impeded frustrated Mr.Gordon's access to the court as he has to retype the whole complaint. In doing so he now partially turns in his complaint to meet the statute of limitations. So Mr.Gordon reserves the right to amend his complaint inter alia. Although Mr.Gordon is not suing for the Prior acts that took place before he was transferred to BeCI 2019. These acts stem from when he was kicked out of Northcentral, Noble ,Chillicothe prison, where his life was in danger due to the dog whistle, subliminal message within his conduct reports alon with cmmunication with the other prisons. Mr.Gordon was transferred from all three prisons above within 5 months, where his life was in danger. As Ross Prison is now bringing ahead what have been know for 26 years by Mr.Gordon and other prisoners, that when grievances are not investigated nor taken serious, that is a death sentence,torture and or both, when the courts side with these prison personnel, the decisions implement immpunity for the officers and are a death sentence, torture, abuse,mentally,physically, spiritually causing post-traumatic stress as Mr.Gordon has experieced inter alia.

2.)-This is also a action under 42 U.S.C.1985-conspiracy to interfere with civil rights and 42 U.S.C. 1986 Action for neglect to prevent conspiracy.

II. JURISDICTION

3.)-Jurisdiction of this Court is invoked pursuant to 28 USC 1331 in that this is a civil action arising under the Constitution of the United States.

4.)-Jurisdiction of the Court is invoked pursuant to 28 U.S.C. 1343(a)(3) in that this action seeks to redress the deprivation, under color of state law, of rights secured by acts of Congress providing for equal rights of persons within the jurisdiction of the United States.

5.)-Venue is invoke and proper in the Unites States District Court Southern District of Ohio Eastern Division, because a substantial part of the events or omissions giving rise to Plaint's-Mr.Gordon's claims occured in Belmont County St.Clairsville, Ohio pursuant to 28 U.S.C. 1391(b)(2).

III. PARTIES

6.)-Plaintiff incorporates by reference paragraphs 1-thru-5 by reference as if completely rewritten herein.

7.)-Plaintiff Dante' D. Gordon (Mr.Gordon) is and was at times mentioned herein was a prisoner of the State of Ohio in the Custody of the Ohio Department of Rehabilitation and Corrections  at all time relevant hereto a prisoner at Belmont Correctional Institution(BeCI) located in Belmont County, St.Cairsville, Ohio .

8.)-At all times relevant hereto Thomas Pytlak was Barber Instructor Employed by Ohio Department of Rehabilitation working at BeCI an agent of ODRC acting under the the color of law with the authority of BeCI ODRC, he is being sued in his individual capacity.

9.)-Kent Litzenberger(litzenberger) was the principal employed by ODRC working at BeCI an agent of ODRC acting under the color of law of BeCI, he is being sued in his individual capacity.

10.)-Mary Potter(Potter) at all time herein relevant hereto was Deputy Warden of special Services(DWSS) employed by ODRC working at BeCI an agent of ODRC acting under the color of law with the authority of BeCI,ODRC, she is being sued in here individual capacity.

11.)-James Covey(Covey) at all time hereto was a Unit Manager(UM) employed by ODRC working at BeCI an agent of ODRC acting the color of law with the authority of ODRC BeCI, he is being sued in his individual capacity.

12.)-David Gray(Gray) at all times herein relevant hereto was Warden of BeCI employed by ODRC working at BeCI an agent of ODRC, acting under the color of law with the authority of BeCI,ODRC, he is being sued in his individual capacity.

13.)-Patrick Haley(Haley), at all time herein relevant hereto was Institutional Inspector(IIS), employed by ODRC working at BeCI an agent of ODRC acting under the color of law, with the authority of BeCI,ODRC he is being sued in his individual capacity.

14.)-Vince Carpenter-(Carpenter), at all time herein, relevant hereto was Seargent(SGT), employed by ODRC, working at BeCI an agent of ODRC, acting under the color of law with the authority of BeCI, ODRC, he is being sued in his individual capacity.

15.)-David Taylor(Taylor), at all time herein relevant hereto was Unit Manager Chief(UMC)-Unit Manager Administration(UMA), employed by ODRC working at BeCI an agent of ODRC acting under the color of law, with the authority of BeCI,ODRC, he is being sued in his individual capacity.

16.)-Chuck Tiger(Chuck), at all times herein relevant hereto was a seargent(SGT), employed by ODRC, working at BeCI an agent of ODRC, acting under the color of law, with the authority of BeCI,ODRC, he is being sued in his individual capacity.

17.)-Heather Appenzeller(Appenzeller), at all times herein, relevant hereto was a Captain(Capt), employed by ODRC, working at BeCI an agent of ODRC, acting under the color of law, with the authority of BeCI,ODRC she is being sued in her individual capacity.

18.)-Darrell Dowery(Dowery), at all times herein, relevant hereto was a Lieutenant(Lt.), employed by ODRC, working at BeCI an agent of ODRC, acting under the color of law, with the authority of BeCI,ODRC, he is being sued in his individual capacity.

19.)-Denise Henry(Henry), at all times herein, relevant hereto was Lieutenant(Lt.), employed by ODRC, working at BeCI an agent of ODRC acting under the color of law, with the authority of BeCI,ODRC, he is being sued in his individual capacity.

20.)-Derek Winland(Winland), at all time herein,relevant hereto was an officer-employed by ODRC, working at BeCI an agent of ODRC , acting under the color of law, with the authority of BeCI,ODRC, he is being sued in his individual capacity.

21.)-John/Jane Doe 1-thru-25-(collectively Doe), at all times herein, relevant hereto who names are unknown, employed by ODRC, working at BeCI an agent of ODRC acting under the color of law, with the authority of BeCI,ODRC,they are being sued in their individual capacity

(4 of 52)

22.)-FNU-Livingston(Livingston), at all time herein relevant hereto was an officer, employed by ODRC, working at BeCI an agent of ODRC, acting under the color of law, with the authority of ODRC,BeCI, he is being sued in his individual capacity.

23.)-FNU-Wolfe(Wolfe), at all time herein relevant hereto was an officer employed by ODRC, working at BeCI an agent of ODRC, acting under the color of law, with the authority of ODRC,BeCI, he is being sued in his individual capacity.

24.)-FNU-Donzilla(Donzilla),at all times herein relevant hereto, was an Captain(Capt.), employed by ODRC, working at BeCI an agent of ODRC, acting under the color of law, with the authority of ODRC, BeCI, he is being sued in his individual capacity.

25.)-FNU-Lucas(Lucas, at all times herein relevant hereto, was an Case Manager(CM), employed by ODRC, working at BeCI an agent of ODRC acting under the color of law, with the authority of ODRC, BeCI, he is being sued in his individual capacity.

26.)-Annette Chambers-Smith(Chambers-Smith) at all times herein relevant hereto, was the Director of ODRC, employed by ODRC, working at ODRC acting under the color of law, with the Authority, of ODRC, she being sued in here indiviual capcity.

FACTUAL BASIS FOR CLAIMS

27.)-Mr.Gordon incorporates by reference paragraphs 1-thru-26 by reference as if completely rewritten herein.

28.)-Mr.Gordon was transferred out of Northcentral where a false conduct report filed by Warden Turner, at which was a conspired act of retaliation, discrimination, racial animus, due to Mr.Gordon being a black males, muslim,using the grievance, helping other prisoners use the grievance, filing lawsuits inter alia. Mr.Gordon was transferred to Chillicothe correctional institution where the dog whitsle in the conduct report file by Warden Turner put Mr.Gordon's life in danager, where officers at Chillicothe took conpired acts of retaliation. Then when Mr.Gordon was transferred, officer at Chillicothe stole Mr.Gordon's legal material, when he was transferred to Noble Correctional institution,(NCI),adminstration got in touch with Chillicothe and took conspired acts of retaliation, sending out his legal material withou

(5 of 52)

his approval, along with stealing Mr.Gordon's legal material sabotaging his legal action, due to Mr.Gordon being a black male, muslim, using the grievance, helping others use the grievance, filing grievances inter alia. Thus, Mr.Gordon was transferred to BeCI Oct.17,2019, where acts continued. 29.)-Ex.1(3pgs)-BECI1219000496-12/21/2019-Girevance inregards to Conspired acts of retaliation, discrimination, due to Mr.Gordon being a black males, using the grievance, for helping others prisoners use the grievance procedure, for filing lawsuits inter alia. Mr.Gordon signed up for vocational trade and for college. Mr.Gordon finished his credits that he received from Marion Techinical College, at Northcentral Corr.Complex, and wanted to receive an associates and bachelors degree that was being offered here at BeCI. The parole baord said Mr.Gordon needed an vocational trade in 2016 parole hearing, so Mr.Gordon signed up for barber school, because most of the vocational trades in prison are archaic and are not conducive to technological, phase as society has gotten rid up the Insdustrial age. It is 2025year and Mr.Gordon still has not gotten into college. Mr.Gordon was transferred to BeCI his 4th prison in 5 months due to him filing lawsuits, fighting his case, using the grievance, being black, male,muslim inter alia. After Oct 17,2019 being tranferred to BeCI Mr.Gordon signed up for College and Barber school. Thomas Pytlak, Christman and Kent litzenberger, was lying to Mr.Gordon of the qualififcations for being able to participate in both, as they read the do whitsle conduct reports by NCCC, CCI, NCI, as well as contacted those complexes and institutions. Thus as a rpoximate result Mr.Gordon filed the grievance herein..
IIS Haley passed Mr.Gordon to come to his office, where Litzenberger was sitting in. Litzenberger was trying to explain to Mr.Gordon of why he was being denied into the barber vocation and College. Mr.Gordon was given two policies by Litzenberger, as Litzenberger was informing Mr.Gordon that these policies said he can not get in Barber school and colege. Litzenberger, believed due to Mr.Gordon's dreadlocks, the color of his skin(being a black male), that Mr.Gordon was not intellegent enough to interpret the policies, at which the policy was in Mr.Gordon's favor, 57-EDU-01(D)(4)...states-"PRIORITY SHALL BE GIVEN (E)...PAROLE CONSIDERATION-(MANDATORY RATHER THAN VOLUNTARY) inter alia, all the policies that Mr.Gordon was given by Litzenberger in IIS Haley office was favorable to Mr.Gordon and to did support nothing that

litzenberger, Pytlak, Christman, nor Haley was saying, as Mr.Gordon stated in his grievance inter alia. Mr.Gordon still has not been enrolled into college, and the Barber school has been shut down out of a conspired act of retaliation where Mr.Gordon only needed about 400 hours, that equal to two months to take the test for his license. The barber school was closed out of a conspired acts of retaliation due to Mr.Gordon using the grievance, for helping other targeted black males use the grievance and for filing lawsuits inter alia.

30.)-Ex.2(2pgs)-BECI0320000231-3/3/2020-Grievance on John/Jane Doe due to Mr.Gordon's legal mail being opened when he was not present. There was mail sent from the SUMMIT COUNTY PROSECUTOR'S OFFICE, SHERRI BEVAN WALSH OF AKRON OHIO, BUT ON THE LEGAL MAIL SIGN IN LOG IT HAD TOLEDO FEDERAL DISTRICT COURT PRINTED, INSTEAD OF SUMMIT COUNTY PROSECUTOR"S OFFICE. Mr.Gordon had a Federal action pending in the federal court in Toldeo Ohio. Mr.Gordon filed the grievanc ein-regards to the issues. Henry responded lying in her response about the mail being torn open when it was delivered, at which is a lie. Mr.Gordon's legal mail was opened and in his 26 years he never recieved his legal mail openned, with it being the fault of the Post office. These issues got worst as will be manifested through the complaint.

31.)-Ex.3(2pgs)-BECI0320000559-3/5/2020-Grievance on John/Jane Doe by Mr.Gordon, where he received the next day 3/4/2020 his legal mail from Toledo federal courts, that he was suppose to received the day before, see Ex.2. The legal mail log had Summit County Prosecutor's office Sherri Bevan Walsh, name instead of the Toldeo Federal District Court.. John/ Jane Doe (1-thru-25) inter alios, intentionally withheld Mr.Gordon legal mail, to delay,impede, frustrate his access to the courts inter alia.

32.)-Ex.4-BECI0720003338-7/21/2020-Kite to Librarian Kuryn to obtain the appeal papers to appeal tp the 9th dist. court of appeal. Due to COVID-19 lock down, the only way prisoners could obtain anything was through the kite system. Mr.Gordon never received the papers, when he went to speak to the unti staff as he was referred to do in the kite, they did not know what Mr.Gordon was talking about. Mr.Gordon was late for filing his appeal.

(7 of 52)

33.)-Ex.5-BECI0820001146-8/7/2020-Kite to Mail by Mr.Gordon complaining about where is his book, that was being witheld for months, for absolutely no prison logical reason other to harass, retaliate,discrimination to conspire to retaliate against Mr.Gordon for being a black,male, muslim, using the grievance, helping others use the grievance, for filing lawsuits inter alia. Mr.Gordon also his legal mail also being withheld and regular incoming mail being withheld for no reason, without even notifying Mr.Gordon that his legal mail, mail inter alia is being withheld. This comes, after his grievance, lawsuits in Ex.2, Ex.3,

34.)-Ex.6-BECI090004298-9/27/2020-To counselor Cheeseman to try to get into college.

35.)-Ex.7-BECI1220001260-12/7/2020-Kite to Counselor Cheeseman to find out if she received his transcripts, that she stated that she need from Ohio State College and MTC transcripts so Mr.Gordon can be enrolled into college.

36.)-Ex.8(2pgs)-BeCI1220001167-12/7/2020-Grievance on Librarian Kuryn by Mr.Gordon regarding her not sending Mr.Gordon the papers that he requested in Ex.4 so he could appeal to the 9th dist. court of appeals, and as a result of Lib.Kuryn not sending the papers he] could not file a timely appeal.

37.)-Ex.9(2pgs)-BeCI1220001171-12/7/2020-Grievance on John/Jane Doe mailroom 1-thru-25 withholding his regular mail that had legal documents in them, intentionally. Due to Mr.Gordon not receiving his legal papers from Lib.Kuryn he had his friend send the necessary documents so he could appeal to the 9th dist. court of appeals. John/Jane Doe of the mailroom intentionally withheld his legal documents and as a result his appeal was dismissed, because of him being late.

38.)-Ex.10-BECI1220002410-12/14/2020-Kite to School counselor Cheeseman by Mr.Gordon to send her the address of Ohio State College, where Mr.Gordon received his parelegal certificate, that Cheeseman said she was waiting for.

39.)-Ex.11-BeCI1220004563-12/28/2020-Kite to Mailroom by Mr.Gordon asking them why he has not received his DECEMBER 2020-PRISON LEGAL NEWS.

40 )-Ex.12-BECI121000860-1/6/2021-Kite to the mailroom that was unasnwered, of Mr.Gordon asking why he has not reeived a copy of his contraband slip about his legal mail being over 5 pages inter alia.

(8 of 52)

41.)-Ex.13-Grievance-BeCI10121001511-1/10/2021-In-regards to legal documents that Mr.Gordon was not allowed to received, due to a five page limit that has nothing to do with legal/government documents. As a result Mr.Gordon's access to the courts was impeded,delayed, frustrated inter alia.

42.)-Ex.-14-Informal Complaint-BeCI10221002086-2/12/2021-In-regards to Packageroom officer John Doe refusing to report missing items from an approved vendor, when hereceived his ordered food box.

43.)-Ex.15(2pgs)-Grievance-BECI10221002471-In-Regards to officer John Doe not reporting missing items by vendor, as this is John Doe duty, so Mr.Gordon could obtain missing items and be reimbursed inter alia.

44.)-Ex.16-Kite-BECI0321002120-3/13/2021-In-Regards to why he is not in college. As well as that he beleives that him not being in college that he is being discriminated and retaliated against.

45.)-Ex.17-Kite-BECI0521003121-5/19/2021-In-Regards to the mailroom of why Mr.Gordon has recieved his May 2021 issue of Prison legal news dmages, as it look like someone intentionally damage his Prison Legal News to send him a indirect massage and to prevent him from reading the legal content inter alia.

46.)-Ex.18-Kite-BECI0621002722-6/15/2024-Kite to Counselor, in-regards to Mr.Gordon being given a tablet to start college then Mr.Vogel stated that he did not received a submission from Mr.Gordon, that was no fault of Mr.Gordon. If Mr.Vogel did not receive a submission from Mr.Gordon why would Mr.Vogel given Mr.Gordon a college tablet? Mr.Gordon beleives that these are discriminatoy, retalitory acts,due to him be black using the grievance procedure and for making complaints.

47 )-Ex.19-Kite-BECI0621002870-6/15/2021-In-regards to Mr.Gordon being denied college that just started and Mr.Vogel know that During COVID-19 that prisoners need a pass or it be their recreation period in-order to come to the school area. Then Mr.Vogel stated that he did not want Mr.Gordon to fall behind, at which school just started and Mr.Gordon can deleivered the paper the next day. These are manufactured lies from denying Mr.Gordon into college.

48 )-Ex.20-Kite-BECI0821000863-8/5/2021- To Deputy Warden Special Services-(DWSS)-Potter the Institution calling the approved vendor Walkenhorst's informing the vendor to specifically not to send Mr.Gordon a food box that he is approved of ordering. Ms.Potter referred Mr.Gordon to Special duty Lieutenant-(Lt.) Henry.

(9 of 52)

49)-Ex.21-Kite-BECI0821001047-To Special Duty Lt.Henry, asking her why Nr.Gordon can not order a food box from an approved vendor, and someone from the BeCI Inst. called Walkenhorst's telling them not to allow him to order a food box. Lt.Henry sent a reply saying that they stopped allowing prisoners to order the approved food box June 21,2021, at which comes after a lot of prisoner were allowed to order 3 food boxes. Mr.Gordon could not understand how John/Jane Doe of the prison specifically targeted him and knew that he was ordrering a food box. There was no MEMO infroming prisoners of this.

50 )-Ex.22-Kite-BECI0821002401-8/13/2021-Mr.Gordon typed a GRIEVANCE BUT THE INSTITUTIONAL INSPECTOR-(IIS)-Haley turned the grievance into a KITE. Mr.Gordon filed a grievance that was changed into a kite, due to him believing that he was targeted, by a BeCI officer calling the approved vendor, telling them not to allow him to order the approved 3 food box that Ohio Derpartment Rehabilitation and Corrections approved for all prisoners to be allowed to order due to COVID-19, Mr.Gordon stated that this was an act of retaliation due to him filing grievances.

51 )-Ex.23-Kite-BECI0921000250-9/2/2021-Mr.Gordon sent a kite to document that he gave the packageroom officer his pink contraband slip to send a book back to the sender. Mr.Gordon documented this actions because of the conspired retaliatory acts that he is experiencing and has experienced in his years of incarceration. Mr.Gordon knows that he do not do this his book would be stolen and or the money could be taken out of his account even though the book was never mailed back to the sender inter alia.

52)-Ex.24-Kite-BECI0921004827-9/30/2021-Mr.Gordon sent this kite to the mailroom/special duty Lt.Henry, as result of him not receiving his SEPTEMBER 2021 PRISON LEGAL NEWS, THAT CAME when he was admitted in the institutional infirmary and taken on a medical round trip for his medical issues. The kite went unanswered.

53)-Ex.25-Kite-BECI0921004924-9/30/2021-Kite to Mailroom about the witholding/delaying of giving Mr.Gordon his legal book,that was sent in accordance with the polcies/rule. Lt.Henry instead of looking for the book, she asked for the tracking number, at which the book was delivered and BeCI prison official received the book, the tracking number is not going to allow her to track the book in the mailroom. Lt.Henry have to go to the mailroom to find out why,where my legal book is at. Mr.Gordon was finally given his legal book that was witheld

(10 of 52)

absolutely no reason at all.

5 4 )-Ex.26 -BECI1021000703-10/5/2021-Kited Mailroom to complain about not receiving his SPETEMBER 2021 PRISON LEGAL NEWS-That other prisoners with subscriptions recieved that he did not recieve his subscription. Mr.Gordon rrequested his SEPTEMBER 2021-PRISON LEGAL NEWS SUBSCRIPTION OR FOR THE BECI INST. REORDER THE ISSUE. NEITHER HAPPENED. Lt.Henry sent a nonesensical reposne, stating "IF OTHERS TOLD YOU IT WAS DELIVERED WHILE YOU WHERE GONE, WE DID NOT RECEIVE IT BACK. Mr.Gordon never received his SEPTEMBER 2021-PRISON LEGAL NEWS. Pirson official are intimidated and do not want knowledgeable material especially legal material in prisoners hands that educates them on the law inter alia. They want prisoners especially Black males to return to 1600's 1700's 1800's where it was illegal for black males to read, and become educated smarter than whites in society.--Ex.26

5 5 )-Ex.27-Kite-BECI1021000839-10/6/2021-Mr.Gordon kited IIS Haley about someone changing his girevance, about the denial of his September 2021-PRISON LEGAL NEWS INTO A KITE THUS DEYING HIM ACCESS TO THE GRIEVANCE PROCEDURE. IIS Haley responded stating that Mr.Gordon should start as a kite, at which is not a rule, plus Mr.Gordon did file a eletronic kite and it went unanswered. This is IIS Haley conspiring to cover up the retalitory,harassing abusive acts of the mailroom officers STEALING MR.GORDON'S LEGAL SUBCRIPTION, USING THESE ACTS TO DETER MR.GORDON FROM USING AND FOR USING THE GRIEVANCE PROCEDURE, INTER ALIA.

5 6 )-Ex.28-BECI1221002178-12/14/2021-Kite of Cameron Robinson #765-915 to DWSS Potter, that Mr.Gordon helped Mr.Robinson file. The kite came as a result that Mr.Robinson was wrote a conduct report for his client shaving not showing up to be shaved. Barber instructors Pytlak and Christman knows that prisoners do not have any authority to force another inmate to show up for shaving. Pytlak and Christman would weaponize this to file false conduct reports, to discourage a person especially a black male from obtaining their barber license. Thus as a result Mr.Gordon helped Mr.Robinson to send a kite to DWSS Potter to resolve this issue.

5 7 )-Ex.29-BECI122100135-12/14/2021-Grievance that was turned into a Kite by IIS Haley, conspring with Pytlak,Chsritman, Potter to cover up these absive, fraudulent practices of filing false conduct report, on Black males that they are racist of inter alia. Mr.Gordon helped Mr.Robinson to type this Grievance that was turned

(11 of 52)

into a kite. Litzenberger falsely tried to cover up the grievance that was changed into a kite, stating that Mr.Robinson was using the kite to appeal his conduct report at which is false.

58 )-Ex.30-BECI1221003565-12/23/2021-Mr.Cameron Robinson #765915 Kiting IIS Haley so IIs Haley can change Mr.Robinson greivance back into a a grievance not a kite, so Mr.Robinson can resolve this issue. IIS Haley stated to Mr.Robinson to start as a kite and to address the issue with an employee in the area, as IIS Haley makes no sense because Mr.Robinson has already attempted to do that. IIS Haley wants to keep this racist, abusive, vindictive culture of personal discriminating hate crimes, against black males by covering up for prison officials who should have noauthorization of being around prisoners especially black males why they are striving to improve the quality of their life. Mr.Gordon phelped Mr.Robinson to file this kite.

59 )-Ex.31(3pgs)-BECI1221003975-12/27/2021-Grievance of Cameron Robinson #765-915 that Mr.Gordon helped him file after Mr.Robinson first attempt at the grievance IIS Haley turned the grievance into a kite. Mr.Robinson address how Barber Instructor(BI) Christman filed a false conduct report, defaming his character stating that Mr.Robinson refused to carry out a work or other inst. assignment, all because the prisoner that Mr.Robinson asked to come did not show up, at which is no fault on Mr.Robinson. Other institutions put out notices for other prisoners to show up for shavings and do not weaponize these teachings, by putting this burden on the student, nor trying to force the student espeicially a black males to quit and give up to avoid this abuse, to avodi these hate crimes, of defaming character inter alia.

60 )-Ex.32-BECI0112200244-1/18/2022-Kite by Mr.Gordon to Deputy Warden of Operations , trying to obtain a NOTARY PUBLIC for his legal issues. When Mr.Gordon would have officers call for a notary the Notary would be given a option if they feel like notarizing Mr.Gordon's legal work, then Mr.Gordon could also hear the conversation wear the notary would ask who wants the notary, then once the officers would say Gordon 367-544, the officer would hang up the phone saying the person is busy. These abusive,discriminating, racist practices inter alia would frustrate,impede and delay Mr.Gordon's access to the courts inter alia.Rose Matesick Response for Mr.Gordon to see his case manager, the case, the case manager is the reason Mr.Gordon sent the kite.

(12 of 5λ)

61 )-Ex.33-BECI0122001845-2/13/2022-Kite by Mr.Gordon to DWSS Potter to resolve the weaponizing of conduct reports by BI-Pytlak/Christman targeting only black males saying that they were late, where their is no schedule in the prison set up to allow prisoners, to leave early, where educational/vocational/classes have a time frame for a prisoner to be there. Pytlak would instigate and hype Christman up to type all the conduct reports on prisoners, before Christman who was tired of Pytlak misreable, racist, negative inter alia ways, took a medical leave, just to get away from the drama the Pytlak would create. Christman ended up passing away. Mr.Gordon sent the kite so the administration would make early chow passes so prisoners who had to be at a vocational trade or educational class can show up on time, and prevent the weaponization, false conduct report writings directed at black males prisoners inter alia, who are striving to improve the quality of their life.

62 )-Ex.34-BECI0322000336-3/2/2022-Kite by Lawrence Collins 746-564 to Education/vocation, to aske why he did not receive his earned credit for the month of february.

63 )-Ex.35-BECI0322001004-3/7/2022-Kite by Cameron Robinson 765-915 regarding his appeal that Mr.Gordon helped him file, regarding Mr.Robinson level security not being lowered to a level one. The security level classification would also be weaponized, discriminately, racially and falsely to prevent Black males from benifting judicially, for parole purposes and for opportunities from rehabilitation. Whites and those who adopt and foster the white supremacy doctrine, culture, practice, that may be a person of color, would strive to punish, to kepp the black male from improving the quality of their life, where ODRC is receiving a Billion dollar of wellfare funding to have practical classes, rehabilitive treatment to help a person to improving the quality of their life.

64 )-Ex.36-BECI0322001784-3/2022-Kite by Cameron Robinson 765-915 to Warden to find out who do he appeal the Warden decision to in-regards to keeping him a level 2, where Mr.Robinson was a level 1 prior to coming to BeCI, but because Mr.Robinson did not know who was the prisoners that took the extra items out of the vending machine, when a malfunction of the vending machine dropped more items that Mr.Robinson paid for, even though Mr.Robinson left the extra items and took the items that he paid for, then other prisoners took the rest, Mr.Robinson

security level was raised from a level 1 to a level 2, then he was transferred from Madison to BeCI, Even the security camera footage at madison proved and showed what happened Mr.Robison was unjustly, unfairly, vindictively with racial animus punished with his level raised and being transferred. Ms.Theil incorrectly stated that Mr.Robinson exhausted his appeal process in-regards to his level status, where Mr.Robinson is also allowed to appeal to Columbus central office.

65  )-Ex.37-BECI0422000424-4/4/2022-Kite by Larence Collins 746-564 to education/vocation on why he has not received his earned credit for March 2022.

66  )-Ex.38-BECI0433001135-4/8/2022-Kite by Mr. Gordon  asking why his legal documents are being withheld. Mr.Gordon was not sent no notification pink slip of his documents being withheld, his legal mail was just being withheld without any notice until he sent this kite. Lt.Henry stated that they were over the 6 lage limit although his legal documents were not-because they were front and back.The withhoulding of his legal mail impeded, delayed, frustrated his access to courts inter alia.

67  )-Ex.39-BECI0422002203-4/15/2022-Kite by Lawrence Collins #746-564 Mr.Gordon help Mr.Collins file this grievance that was turned into a kite by IIS Haley, in-regards to Pytlak and or Christman not giving Mr.Collins an unexcused tardy, when Mr.Collins was in a program.Pytlak and Christman know that most officers do not sign inmate passes, at which an inmate can make an officer who refuses to sign his pass to sign his pass. Litzenberger, Pytlak, Christman inter alios know that Officers do not sign the passes and all they have to do is make a phone call,as] the white male prisoners do not have to go through these weaponized, conpired, discriminating racist acts. Mr.Collins was inventually given his earned credit, due to Mr.Gordon helping him address the issue.

68  )-Ex.40-BECI0422002744-4/19/2022-Kite, to Special duty Lt.Henry about where his legal documents are at, that he filled out the necessary paperwork for the documents to be sent to the sender, but now Mr.Gordon's legal documents are intentionally being weaponized withheld as an vindictive advers act due to Mr.Gordon using the grievance procedure. These acts are ment to deter and injured Mr.Gordon from using the grievance procedure inter alia. There was no response.

69 )-Ex.41-BECI-22-002617-CONDUCT REPORT FILED BY PYTLAK ON Cameron Robinson #765-915, 4/21/2022 stating that Mr.Robinson was 15 minutes late.

70 )-Ex.42(2pgs)-BECI-22-002643-CONDUCT REPORT FILED BY PYTLAK 4/22/2022 on Dante' Gordon falsely stating that Mr.Gordon was 25-minutes late, then lying on Mr.Gordon defaming his character, saying Mr.Gordon said that Ms.Potter would get him out of it inter alia. Mr.Gordon avers that NO WHITE PERSON IN AUTHORITY HAS EVER HELP HIM, MR.GORDON HAD TO FIGHT FOR EVERYTHING, NO WHITE PERSON AT BECI HELPS A BLACK PERSON, THEY HELP WHITE MALE PRISONERS EVEN OUT OF THEIR JOB DUTIES, IF A BLACK PERSON IS HELPED, THE BLACK MALE WILL HAVE TO BE AN INFORMANT/SNITCH, A PEON, HE WILL HAVE TO DEGRADE HIMSELF HUMANLY, ACT LIKE HE DO NOT SEE THE RACIST DEHUMANIZED ACTS DONE BY WHITES TO STRENGTHEN THE WHITE SUPREMACY CULTURE/DOCTRINE/SYSTEM IN ODRC ESPECIALLY AT BECI, NOBLE CORRECTIONAL INST.,CHILICOTHE CORRECTIONAL INST., NORTHCENTRAL CORRECTIONAL INST.-MANAGED BY MTC-CORP) inter alia, like it was the year 1619. Black people who work in the prison system even adopts and foster the white supremacy doctrine, to keep their job, to prevent financial terrorism, inter alia, this do not justify Black/Brown/african american silence, as prosecutors state if a person commits a crime and another person is in the car with the person that commits the crime and that person do not call/ inform authorities, then that person is complicit to that crime. Silence is complicity. The filing of the conduct report by Pytlak on Mr.Gordon was due to him using the grievance procedure, for helping Mr.Collins, Mr.Robinson with using the grievance procedure inter alia. The conduct report, its sacntions/disciplinary action are weaponized, used as moderday lynchings, whippings, punitive punishment to deter, to injure Mr.Gordon from using the grievnace procedure and from helping others TARGETED BLACK MALES/AFRCIAN AMERICAN, MALES THAT ARE BEING BULLIED, TARGETED, TERRORIZED, BY PYTLAK, AND THE LIKES OF PYTLAK, THAT SHAER HIS BELIEFS,WHITE SUPREMACY,RACIST, DISCRIMINATING, MISERABLE, HATING, NEGATIVE SPIRIT,THINKING ACTIONS, JEALOUSY, ENVY TORWARDS BLACK MALES INTER ALIA.

71 )-Ex.43-BECI0522000463-5/3/2022-Kite to Special Duty Lt.Henry, by Mr.Gordon in-regards to his legal documents missing, when they were sent back to Mr.Gordon by the Clerk of Courts.

(15 of 32)

72 )-Ex.44-BECI0522000563-5/4/2022-Kite by Lawrence Collins #746-564 to Education/Vocation, concerning him not receiving his earned credit, that Pytlak is using to harass, retaliate against him with inter alia, for him using the grievance procedure, to deter Mr.Collins from using the greivance procedure, to injure Mr.Collins. Mr.Collins sent the kite to Litzenberger, so he can obtain Mr.Collins commisary receipt to prove that he was at commissary, even though Litzenberger and Pytlak knows, this. White males do not have none of these problems.

73 )-Ex.45-BECI0522001154-5/7/2022-Informal Complaint/Grievance Lawrence Collins #746-564 filed on Pytlak. that Mr.Gordon helped Mr.Collins type out. The Complaint is in-regards to Pytlak targeting him, Mr.Gordon Mr.Robinson, for being black males, using the grievance procedure, Mr.Collins shows state how Pytlak shows prefential treatment to white males, who are allowed to come late, take off their smock inter alia. Mr.Collins aslo documents the conspired acts of retaliation the support of by adminstration of Pytlak GROSS MANIFESTATION OF WHITE SUPREMACY, PRACTICE, IMPLEMENTATION OF THE WHITE SUPREMACY DOCTRINE INTER ALIA.

74 )-Ex.46-BECI-22-003317-5/17/2022- Conduct report filed by Pytlak on Mr.Gordon, 10 dyas after Mr.Gordon helped Mr.Collins filed grievance infromal complaint Ex.45-BECI0522001154. Pytlak stated that Mr.Gordon disobeyed a direct order, never actually saying what the order was that was specifically disobeyed that specific day by Mr.Gordon, then Pytlak also stated Mr.Gordon was in possession of a person legal work but their was no legal work that Mr.Gordon had nor their was no person legal work that Mr.Gordon was in possession of, that was confiscated. All THIS IS A BIG HOAX, A LIE, THESE LIES ARE AS OLD AS EMMET TILL WHITSLED AT A WHITE WOMEN, THAT HE WAS BEATEN UNRECOGNIZABLE FOR THEN SHOT IN THE HEAD FOR, THAT THE WOMEN LATER AFTER ABOUT 40 YEARS SAID SHE LIED INTER ALIA. This is nothing more than systemic RACISM, RETALIATION FOR MR.GORDON USING THE GRIEVANCE PROCEDURE, FOR HELPING MR.COLLINS MR.ROBINSON INTER ALIOS USE THE GRIEVANCE,THE LAW. Seargent(Sgt.) Walton found Mr.Gordon guilty of this conduct report , even though Mr.Gordon pointed out to him where is the evidence the legal work? Then Sgt.Walton who also share Pytlak racism, hate, jealousy, vindictiveness,views inter alia, searched Mr.Gordon's legal box and found nothing. This was done to harass Mr.Gordon.

(16 of 52)

75 )-Ex.47-BECI-22-003317-5/19/2022-Conduct report filed by Pytlak on Lawrence Collins #746-564, defaming Mr.Collins Character, falsifying a government document, saying that Mr.Collins Disobedience of a direct order, Disrespect to an staff memeber inter alia. Mr.Gordon witness this situation as well as other prisoners. Mr.Collins attempted to share that he, Mr.Gordon inter alios, seen the white male prison give his commissary bag to commissary prior to coming to barber school. Pytlak was showing the white male prisoners preferential treatment, the white male came in late that day also, nothing was said. Pytlak felt embarassed and less intelligent when the white male prisoner came in and said what Mr.Collins was striving to share with Pytlak that he already dropped his bag of to commissary. Pytlak literally tried to physically attack Mr.Collins, putting his finger in Mr.Collins face, where Officer Peterson, Kent Litzenberger was allowing these abusive acts to take place because they to also HATE BLACK MALE. AS THIS WAS A MODENR DAY LYNCHING, WHIPPING. THE INCIDENT WAS CAUGHT ON OFFICER PETERSON BODY CAMERA, THE MILESTONE SECURITY CAMERA FOOTAGE INTER ALIA. Mr.Collins was found guilty of the false conduct report as he tried to request Mr.Gordon as a witness, as well as Officer Peterson body camera footage, the milestone security camera footage as evidence in defence of the false, retalitory conduct report inter alia.

76 )-Ex.48-BECI0622000164-6/1/2022-Grievance Lawrence Collins 746-564 filed on Pytlak in-regards to the false conduct report and 5/19/2022 incident. Mr.Gordon helped Mr.Collins file this Grievance. Mr.Collins documented how Pytlak acts are racist, out of retaliation inter for being a black male, for using the grievance procedure, that his acts are ment to deter, injure Mr.Collins from/for using the grievance. The grievance is 3 pages. IIS Haley refused to speak to investigate the issue by speaking with all the prisoners, waiting to look at the body camera and security camera footage, deleting the footage inter alia, the Mr.Collins requested for IIS Haley to preserve. IIS Haley is also racist and he just covers up lies, tamper with evidence, falsify evidence of officers, adminstration, Pytlak advers, abusive, terrorizing acts inter alia.

77 )-Ex.49-BECI0622000406-6/2/2022-Kite sent to Education/Vocation sent by Mr.Gordon aksing to be on the waiting list for college, that Mr.Gordon still has not been enrolled in yet. Kathy Brown said that Mr.Gordon has been added to the waiting list.

(17 of 52)

78 )-Ex.50-BECI0622000705-6/5/2022-Kite By Mr.Gordon to DWSS Potter for her to send out a Jpay notice for shaving models for tuesday and Thursdays. Mr.Gordon sent this kite so he and others can avoid false conduct reports, stating that a person refused a work assignment because another prison/person would not show up, as well as to take the funds that are suppose to be sued for barber school equipment, Pytlak,Potter Litzenberger inter alios would misappropriate funds by not buying razors, using rusty clippers of prisoners heads inter alia. Most People did not want to come down their because the razors that Blacks Males, or those that refused to be a minion, or overlook Pytlak racist, discriminating, negative views, would received dull razors, and no one wants to be shaved by a dull razor.

79 )-Ex.51-BECI-22-003850-6/10/2022- Conduct filed by Litzenberger on Lawrence Collins #746-564, falsely saying that Mr.Collins Disobeyed a direct order and violated a published institutional rule,regulations or procedure. Litzenberger, Pytlak, Officers, DWSS Potter inter alios conspired to retaliated against about four black males that voiced complaints, used the grievance procedure, or just for being black. Mr.Gordon was still cutting a clients hair and heard and seen Pytlak telling the white males and those that he was not targeting to stay back he is about to released the class, but let them go out first. There is no rule published that a person has to go through the metal detector, nor be patted down, because days prior to this issue, prisoners can be seen leaving without a Officer Present or clients leaving without going through the metal detector. Barber students are not to leave unless all their equipment is truned in so this conduct report is false. Litzenberger can be seen on the milestone camera waiting on the black males to come out telling the Officer to hold back. Litzenberger can be seen on the milestone security camera watching as the black males leave not saying anything to them. When the white males went to leave that him, pytlak was not targetting he stopped them had them patted down inter alia.

80 )-Ex.52-BECI0622004999-6/30/2022-Grievance by Lawrence Collins 746-564, that IIS Haley would not allow Mr.Collins to exhaust. Mr.Gordon helped Mr.Collins file this grievance. Mr.Collins grieved of the conspire plan retaliated acts by Litzenberger and Pytlak inter alios, due to him using the grievance procedure, the false conduct report,and sanctions were weaponized to deter, to injure Mr.Collins inter alios for using the grievance procedure. DWSS Potter tried to say that Mr.Collins was

(18 of 52)

appeal his conduct report, a common nonsensical tactic the ODRC
prison official use to avoid, circumvent from address abusive,racist
retalitory, weaponized inter alia acts by prison official. DWSS Potter
and IIS Haley inter alios are in agreement to this punitive,racist,
abusive inter ali practices, that are hate crimes torward black
inter alios.(2pgs)

81 )-Ex.53-Appeal of Lawrence Collins 746-564. After some of the
Seargents(Sgt) who knows about Pytlak heard what happened did not give
out severe sanctions, Pytlak called the administration up front, DWSS
Potter DWO Scott, to have the Sgt.'s turn the conduct reports into
R.I.B. hearing (RULES INFRACTION BOARD) so the black males can be
more severely punished-(Lynched, whip, hanged) all the prisoners were
found guilty at RIB. At which Mr.Collins stated they camera footage
proves his case, The RIB Officers knew the conduct reports were
out of retaliation, racist weaponized instruments, false they still
participated  in the conspired acts of retaliation saying that they
received a call. Mr.Gordon type Mr.Collins Appeal and the GUILTY
VERDICT BY RIB WAS OVERTURNED

82 )-Ex.54-BECI-22-004478-7/9/2022- Conduct Report filed by officer
Livingston (2pgs) who is conspiring with Pytlak, Sgt. Walton, Litzenberger
inter alios to retaliate against Mr.Gordon for helping Mr.Collins,
Mr.Robinson with filing grievances, appeals inter alia. Lied on
Mr.Gordon saying he had a tent but do not state what the tent is nor
state how Mr.Gordon violated a rule or security inter alia. Mr.Gordon
requested for the Sgt.Walton to view the camera footage at which he
refused. If officer use the security camera footage to investigate
and convict prisoners, then the security camera footage must be used
to exonerate  prisoners to prove our innocence. Mr.Gordon was given
30 days Commissary restirction. The hearing officer stated on the
2nd page that he reviewed camera footage  at-OTHER STATEMENT/EVIDENCE:
CONDUCT REPORT, REVIEW OF CAMERA 7H-A1 SHOWS A BLUE SHIRT BEING USED
AS A TENT AT 7A-44. this is false. Mr.Gordon did not even have a
blue shirt and the conduct report do not say a BLUE SHIRT. Mr.Gordon
have two affidavits of the person he was bunking with at the time
and his neighbor see exhibits Ex.126 and Ex.127 Pytlak would call
officers like Livingston and pull their strings, encouraging them
to target and file conduct reports against people/prisoners like
Mr.Gordon, because they are black, using the law,using the grievance
procedure and for helping other prisoners use the grievance procedure
inter alia. Pytlak would especially call Sgt.'s to find a person guilty.

(19 of 52)

83 )-Ex.55(2pgs)-BECI-22-004689-7/18/2022-Conduct Report by Officer Livingston, targeting Mr.Gordon once again, weaponizing the conduct report and disciplinary actions/sanctions, as modern day lynchings, beating/whipping, by those who adopt foster the white supremacy doctrine, who implement practice the white supremacy culture, inter alia. Officer Livingston falsified a government document, defamed Mr.Gordon's character, now stating that Mr.Gordon had a tent the length of the bed, the blanket in question is still a tent.

84 )-Ex.56-Ex.56-BECI0822000929-8/6/2022-Kite to Inmate groups to participate in the chess tournment at which Mr.Gordon was not allowed to participate in, nor any prgrams, because a person has to be six(6) month ticket(conduct report) free and due to the false conduct reports, bv Pvtlak. Livingston, the conduct report would are weaponized used as weapons of JIM CROW, REDLINING, TO DISCRIMINATE, RACIALLY INTER ALIA TO PREVENT BLACK MALES, THOSE WHO USE THE GRIEVANCE PROCEDURE,FROM OBTAINING REHABILITATIVE TREATMENT, EDUCATIONAL/VOCATIONAL TREATEMENT, FROM PARTICIPATING IN PROGRAMS, EVENTS INTER ALIA. Officer Linvingston comes on first (1st) shift, if Mr.Gordon had a tent then the 3rd shift supervisors who make their rounds and 3rd shift officer would have filed a conduct report on Mr.Gordon. The obvious evidence about this is 3rd shift officer/supervisors are not here when Pytlak is called,so Pytlak can pull their strings, hype them up to take vindictive,conspired acts of retaliation inter alia.

85)-Ex.57-BECI0822003474-8/21/2022-Grievance filed By Mr.Gordon on Sgt.Walton, Pytlak, Officer Linvingston for finding me guilty of a false conduct report filed by Officer Livingston, where Sgt.Walton gave me JPay restriction that lasted for a month. These were Conspired acts of retaliation by Sgt.Walton, Officer Livingston, Pytlak, who all have a racist, discriminating, gross dispostion of Black males, especially those black males that use the grievance procedure and help other black males inter alios use the grievance procedure, use the law. After this grievance Sgt.Walton came to Mr.Gordon bunk area while he was at barber school, spilled coffee on his bed, put a dirty locker box that was on the floor on top on Mr.Gordon bed, where rust and dirt,filth from people shoes who walk into the bathroom where urine,feces is at Sgt.Walton poored out all of Mr.Gordon's oatmeal, broke his glasses inter alia. Mr.Gordon attempted to filed an electronic complaint but his jpay was cut off,preventing him from filing a complaint inter alia.

(20 of 52)

86)-Ex.58-BECI0822004684-8/29/2022-Kite to Major by Mr.Gordon to be a barber, The barber school was closed, for a short period of time vindictively. A memo. was put out for people who wanted to be a barber to kite the major. This is a manifestation of BECI/ODRC racist culture, sending a subliminal message to Mr.Gordon, Mr.Collins, Mr.Robison to stop filing grievances, to ACCEPT THE RACIAL ANIMUS, OF WHITE SUPREMACY, TO ACCEPT THE DISRESPECT, THE CONSPIRED, ABUSIVE, BULLING, DEHUMANIZING ACTS OF WHITESUPREMACY IF THEY WANT AN EDUCATION, A VOCATIONAL TRADE, REHABILITATIVE TREATMENT, they WILL HAVE TO RECEIVE UNDER THE FORM THEY WANT TO GIVE IT TO A PERSON INTER ALIA.

87)-Ex.59-BECI0922000525-9/4/2022-Kite by Lawrence Collins #746-564 to Litzenberger-Education/Vocational, about him not received his earned credit for the month. This is a vindictive conspired act of retaliation by Litzenberger, Pytlak to show case their white supremacy, the authority over him , by making him bow, to submitt ti asking them why his earned creadit is not their.

88)-Ex.60-BECI0922000629-9/5/2022-Kite by Mr.Gordon to the Librarian to be passed to the law library

89)-Ex.61-BECI0922001303-9/9/2022-Kite by Mr.Gordon to Librarian asking why has not received his passes to the law library.

90)-Ex.62-BECI-22-006144-9/13/2022-Conduct report filed by Officer Jones  on Lawrence Collins 746-564- where she do not even have the rule(s) that Mr.Collins violated. This was an act of retaliation due to cover up her targeting Mr.Collins and tried to strip search at his bed area with all prisoners around. Everything was cauth on camera as well as mutiple prison including Mr.Gordon witness the incident

91)-Ex.63(2pgs)-BECI0922003369-9/22/2022-Greivance filed by Lawrence Collins #746-564 on Officer Jones sexual harssment,discrimination racial animus, retaliation inter alia. IIS Haley tried to prevent Mr.Collins from filing the grievance for PREA-Prison Rape Elimination Act, on Officer Jones. Mr.Gordon helped Mr.Collins to file thie greivance.

92)-Ex.64-BECI1022000553-10/4/2022-Direct Grievance filed by Lawrence Collins 746-564, on IIS Haley from preventing Mr.Collins from filing a PREA GRIEVANCE ON OFFICER JONES. Mr.Gordon helpd Mr.Collins to filed the grievance.

(21 of 52)

93 )-Ex.65(3pgs)-BECI-22-006627-10/5/2022-CONDUCT REPORT filed by Officer Hess on Mr.Gordon as a conspired act of retaliation for helping Mr.Collins to file the PREA Grievance on Officer JOnes.Officer Hess body camera footage was available on as well as the library security camera footage. The camera footage would show that Mr.Gordon walk into the library by Officer Hess who did not say anything to Mr.Gordon. The Librarian Kuryn was informed to call Supervisor John/Jane Doe when I come to the law library. ABout 20 or more minutes of Mr.Gordon being the law library Officer Hess was directed to harass,to retaliated against Mr.Gordon for helping Mr.Collins as stated above file the PREA grievance on Jones. Officer Hess lied in the government document saying that Mr.Gordon Disobeyed a direct order but then in the supporting facts of the conduct report officer Hess stated,'"I THANKED THE INMATE FOR HIS COOPERATION AND TRUNED TO LEAVE."" ---???IF MR.GORDON DISOBEYED A DIRECT ORDER WHY WOULD OFICER HESS THANK MR.GORDON FOR HIS COOPERATION WHERE THE CODUCT REPORT STATES THAT MR.GORDON BASICALLY DID NOT COOPERATE??????????????? Officer Hess also stated that he had to reach over Mr.Gordon, at which Officer Hess Body Camera was recording and would prove that he was lying.-Sgt.Walton found me guilty out of a conspired act of retaliation. Mr.Gordon told Walton to reveiw the evidence, Officer Hess body camera, Mr.Gordon's two witness, the library security camera footage at which the institutionally policy directs him to do, when Mr.Gordon was exercising his US Const. 14th amend due process right inter alia. The 3rd page is a picture of Mr.Gordon's see through pouch, that Officer Hess searched inter alia.

94 )-Ex.66(3pgs)-BECI1022000694-10/5/2022-Grievance by Mr.Gordon on John/Jane Doe (1-thru-15) mailroom employees/ supervisors delayed/ denied/interferred with Mr.Gordon access to the courts by witholding his legal documents, for his Ninth (9th) Dist. Court of appeal. They stated that Mr.Gordon needed .¢24 cent added to the postage, but the Prosecutor's mail with the same amount of pages was sent out, but the documents to the 9th dist. court of appeals to used to support his appeal were withheld and it took 8 days for the mailroom to tell Mr.Gordon this. Mr.Gordon requested the documents be returned to him at which IIS Haley Lt.Henry kept and never returned to Mr.Gordon, thus sabotaging his appeal that was denied.

95 )-Ex.67(3pgs)-BECI1022002336-10/15/2022-Grievance filed by Mr.Gordon on Officer Hess conspiring to retaliate against Mr.Gordon for helping Mr.Collins filed the PREA GRIEVANCE ON OFFICER JONES. JERRY GIANANGELI like everyother racist, discriminating person at BECI attempt to cover up and marginalize the weaponized puntive, lying conspired acts of retaliation by officers, white officers. inter alia Mr.Gordon grievance was denied.

96 )-Ex.68(2pgs)-AFFIDAVIT OF MAURICE FREEMAN-prisoner/person that was in the law library watching Officer Hess harass Mr.Gordon. Mr.Gordon showed Mr.Freeman the conduct report that Officer Hess filed and knew that Officer Hess was conspiring with other officers/administration inter alios to retaliate against Mr.Gordon. Mr.Freeman also states the conduct report was a lie.

97 )-Ex.69(3pgs)-BECI1022002340-10/15/2022-Girevance by Mr.Gordon on Sgt.Walton, denying Mr.Gordon his US Const 14th,5th amend right when Mr.Gordon put up a defense of the false conspired retalitory conduct report filed by officer Hess. The Inst. Policies even state that Sgt.Walton must due an immediate investigation before the conduct report is read, this consist of viewing security camera footage, body camera footage inter alia. Mr.Gordon tried to have two(2) witnesses at the Hearing but Sgt.Walton conspiring with IIS Haley, Hess inter alios denied me the witness and found me guilty. JimCovey attempts to cover up these punitive, racist, discriminating conspired acts of retaliation by saying that the Grievance is outside the scope of the grievance at which is a lie. Jim Covey is in agreement of these acts.

98 )-Ex.70-BECI1022004526-10/28/2022-A kite to James(Jim)Covey in-regards to a false conduct report that was filed by Pytlak, where the whole situation was caught of Security camera footage. Jim Covey looked at the security camera footage and seen that Pytlak lied,but people up front John/Jane Doe want Covey to not overturn the guilty finding to enforce whitesupremacy, the culture of white supremacy, the practice implementatation of abuse, hate crime,criminal conduct of whitesupremacy inter alia, on black males. Mr.Collins tried to call Mr.Gordon in the hearing as a witness and Sgt.Walton Told Mr.Gordon to get out he don't need to hear nothing from no jailhouse lawyer." Mr.Collins was put on Commissary restriction, Mr.Gordon helped with the filing of the kite. Covey said he did not know what conduct report that Mr.Collins was talkin about and refered to the 10/18/2022-rule 22,23 filed by pytlak that Sgt.Walton refused to give Mr.Collins a copy of

(23 of 52)

99 )-Ex.71-BECI1122000164-11/1/2022-Greivance that was turned into a kite by IIS Haley to cover up Pytlak abusive,terrorizing,tyrant,racist acts of GROSS WHITESUPREMACY,mental, spiritual abuse inter alia, DO TO PYTLAK FALSIFYING A GOVERNMENT DOCUMENT TO CONTINUE TO RETALIATE AGAINST Mr.Collins inter alia.

100 )-Ex.72-BECI1122000628-11/4/2022-Grievance by Lawrence Collins 746-564 on IIS Haley denying him access to the grievance, covering up the abusive,racial animus inter alia acts by Pytlak. The Cheif Inspector said the greivance was filed as a kite at which was a lie, Mr.Gordon and Mr.Collins were the two that filed the greivance. Mr.Gordon helped Mr.Collins file the grievance that was change into a kite.

101 )-Ex.73-BECI1122000649-11/4/2022-Greivance by Mr.Gordon filed IIS Haley being in agreement with Officer Hess inter alios conspired, continuous acts of retaliation, racial animus. Do to IIS Haley inter alios refusing to stop, documents these acts, discipline officer these acts continue.

102 )-Ex.74-BECI1122002598-11/15/2022-Grievance by Lawrence Collins 746-564, on Principal Litzenberger, for changing his grievance on Pytlak BECI1122000164-11/1/2022-Ex.71 into a kite. Mr.Gordon helped Mr.Collins file the grievance. James Sall answered the grievance and tried to cover up, marginalize these puntive, abusive, racist,discriminating acts inter alia.(2pgs)

103 )-Ex.75-BECI1122002602-11/15/2022-Grievance that was turned back into a kite Filed by Lawrence Collins 746-564 on Pytlak, where Mr.Collins tried to file the grievance in Ex.71-BECI1122000164. Mr.Gordon helped Mr.Collins file the grievance that was turned into a kite.

104 )-Ex.76-BECI1122002819-11/16/2022-Kite by Mr.Gordon, to the Warden Complaining on how he can not find a notary for his legal work and these issues are delaying,denying, impeding, frustrating Mr.Gordon's access to the courts inter alia.

105)-Ex.77(2pgs-Nov.9,2022  Letter to Mr.Gordon by Sandra Kurt of SUmmit County, informing Mr.Gordon that 1 of the four(4) enveloes that he  sent to be filed is missing preventing him from filing his appeal. The envelope has the Institutional address on it, and the envelope was never returned to Mr.Gordon. This means one of the mailroom officer stole the envelope . Also page 2 of Exhibit 77 the mailroom officers would copy Mr.Gordon's legal mail at which he demanded them not to do, as well as officers

(24 of 52)

John/Jane Doe would not copy the whole envelope the post date for legal purposes, to hide the facts that they withheld the envelope of legal mail, so they would not copy the date it was sent out.

106)-Ex.78(3pgs)-BECI1122004458-11/27/2022-Girevance filed by Mr.Gordon Lt.Henry, John/Jane Doe 1-thru-15 US Const. 1st amend retaliation, discrimination, harassment, racial animus, impeding/denying him access to the courts by stealing one of his envelopes, that he mailed out for his appeal.

107)-Ex.79-Inmate pass of the Major Just now giving Mr.Gordon his legal documents that he mailed for one of his appeals to the 9th dist. This issue was grieved and never resolved in Ex.66(3pgs)-BECI1022000694-10/5/2022. Mr.Gordon sent out the legal documents Sept. 29,2022, he was notified 10/5/2022 that the outgoing legal mail needed ¢.24. Mr.Gordon requested that the mail be mailed out or the legal envelopes be sent back to him so he can make certain that they were not tempered with, Mr.Gordon was denied his resolution in the grievance. Two(2) months later the Major is just now giving Mr.Gordon back his legal documents. Mr.Gordon appeal was denied, where he could not use the documents to support his claims. This was done by Lt.Henry,IIS Haley John/Jane Doe 1-thru-15, conspired acts of retaliation due to Mr.Gordon using the greivance, the law, helping other prisoners use the grievance, with racial animus, inter alia.

108)-Ex.80-BECI1222000009-12/1/2022-Kite by Mr.Gordon to Major, Ryan Clark responded, to the kite to Lt.Henry. Mr.Gordon was filing a greivance/informal complaint resolution(ICR) the 1st stage of the grievance process, but someone change his grievance/ICR into a kite. Mr.Gordon was complaining of he never received his November 2022 issue of his subscription of CRIMINAL LEGAL NEWS, that his subscriptions were being stolen/withheld as an act of retaliation due to him using the greivance/ICR's, helping other prisoners use the grievance procedure, for being a black male, using the law inter alia. This was done to deter Mr.Gordon.

109)-Ex.81-BECI1222000615-12/5/2022-Kite by Lawrence Collins #746-564 to Education/Vocation Principal Litzenberger. Pytlak is once again retaliating against Mr.Collins, for using the grievance, being a black male, by weaponizing him keeping attendance, marking Mr.Collins late. Litzenberger, Pytlak inter alios would conspire to retaliate against black males, for using the grievance, by posting sign saying no barber school, but Pytlak would tell all the white males, those who

(25 of 52)

put up with his abusvie, racist, dehumanizing, racist inter alia practices, that barber school is going to start at a certain time but leave Mr.Gordon, Mr.Collins, Mr.Robinson inter alios in the blind, then try to mark us late or tardy. Litzenberger would actually try to justify these racist,punitive, retalitory,abusive, practices along with IIS Haley and the Chief inspector, DWSS Potter inter alios, as they were in agrrement with the culture and acts inter alia.

110)-Ex.82-BECI1222000959-12/6/2022-Kite by Mr.Gordon to IIS Haley to document that he was sending out his legal mail due to his outgoing and incoming legal mail/mail being stolen.

111 )-Ex.83-BECI-22-008104-Conduct report by Pytlak on Mr.Gordon, falsifying the government document, defaming Mr.Gordon's character, due to him being a black male, using the grievance, helping others use the grievance and for using the law. Pytlak lied saying that Mr.Gordon violated 59,61 by not going through the metal detector without a officer being present, at which is not a rule, but more importantly on the security milestone camera there was an officer present looking at him telling him to come on. Mr.Gordon also requested the preservation of the security camera milestone footage.

112 )-Ex.84(3pgs)-BECI22008110-12/9/2022-Conduct report by Pytlak on Mr.Gordon, another one on the same day as Ex.83. Pytlak falsifying the government document, defaming Mr.Gordon's character due to him being a black male, using the grievance, helping others use the grievance especially targeted black males, and for using the law. Pytlak, targeted me this day, saying that I can not give a white male a fade, that he ask for. Pytlak is so conservative, he believes that older white males is suppose to have one specific type of cut, so Pytlak started finding methodical ways to target, absue, harass, retaliate inter alia against Mr.Gordon, so he can get Mr.Gordon out of the class his Pytlak can continue his puntive,racist, absuive, discriminating, practices inter alia. Mr.Gordon had to go to RIB-(Rule Infraction Board) where he was found not guilty. Litzenberger passed Mr.Gordon to his office the next day as a conspired retalitory act, beleiving that Mr.Gordon was going to be found guilty, and Litznberger was going to use he finding of guilt to KICK MR.GORDON OUT OF BARBER SCHOOL, SO THEIR WHTIE SUPREMACY ABUSIVE CULTURE ACTS WOULD NOT BE PROPERLY COMPLAINED ABOUT. But their conspired acts

(26 of 52)

were unsuccessful, because Mr.Gordon as not found guilty, at which
 enraged Pytalk and Litzenberger, Pytlak tried to attack Mr.Gordon that
day, pointing his finger in Mr.Gordon's face, enraged, when Mr.Gordon
resufesed to participate in Pytlak bait of enciting, enticing a verbal
physical altercation out of Mr.Gordon. Pytlak did the same thing to
Mr.Gordon as he did to Mr.Collins 5/19/2022-Ex.48(3pgs)-BECI0622000164.
Ex.'s 120-and Ex.123 affidavits are of witnesses that saw what happened
that day. DWO Scott, tried to, and allowed his skin to be weaponized,
by IIS Haley, RIB Officer John Doe and JOhn Doe Captain, playing the role
of a black token for his colleagues, when he called Mr.Gordon to his
office to go back to RIB to be found guilty and to not fight the issue
to appease, please, bow to whitesupremacy, to Pytlak, Litzenberger
inter alios. At which Mr.Gordon is not having any of it, because he did not
do anything wrong at all.

113 )-Ex.85-BECI1222002025-12/13/2022-Grievance/ICR by Lawrence Collins
746-564, on Pytlak for discrimination, racist acts, harassment, targeting
black people, those who engage in a protective conduct filing grievances
inter alia. Litzenberger refused to resolve Mr.Collins kite, with the
complaint of him not receiving his good day. Litzenbereger Conspired with
Pytlak to use Mr.Collins not having his earned credit as an act of
bulling him, harassment, abuse(mental,spiritual,physical), hate crimes
defaming Mr.Collins character inter alia. Mr.Gordon helped Mr.Collins
file the Grievance/ICR and the issue was resolved by giving Mr.Collins
his earned credit. This stems from Ex.81-BECI1222000615-12/5/2022,
this Litzenberger refused to fairly properly resolve inter alia.

114 )-Ex.86-BECI1222002021-12/13/2022-Grievance/ICR by Lawrence Collins
746-564, on Principle Litzenberger. This was in-reagrds to
discrimination, racial animus, harassment US Const. 1st amend retaliation
due to Mr.Collins, Being a black male, using the grievance, his attendeance
earned credit is being weaponized, by Litzenberger,Pytlak, as a modern
beating,/whipping, modern day lynching, abusive treatment, to injure
him from receiving rehabilitative treatment, vocational treatment,
judicail benifits, inter alia. Mr.Gordon helped Mr.Collins file this
Grievance/ICR. Mr.Collins earned credit was given to him by Potter.

115 )-Ex.87(3pgs)-BECI1222002703-12/18/2022-Grievance by Mr.Gordon
filed on Mailroon officer John/Jane Doe 1-thru-15, discrimination,

(27 of 52)

harassmnet, racial animus, US Const. 1st amend retaliation for filing grievance inter alia. Mr.Gordon's legal mail was opened when he was not present, pages 3 and 7 of the prosecutors reply brief was missing preventing, denying Mr.Gordon from access to the court by not allowing him to send a proper response to the reply briefwhen pages 3 and 7 are missing, thus causing injury. The post date of the entire front of the envelope was not copied when his mail was copied opened and sent to him through regular mail. As well as his November 2022 Criminal legal news was not given to him, his December 2022 Criminal and Prison legal news was stolen not given to him . Mr.Gordon had to stop order the PRISON LEGAL NEWS AND CRIMINAL LEGAL NEWS BECAUSE HE WAS NOT RECEIVING HIS SUBSCRIPTIONS \\(, )-Ex.88(2pgs)-BECI1222002695-12/18/2022-Grievance by Mr.Gordon on Officer Wolfe who is the whitesupremacy gang at BECI enforcer is sent to target certain prisoners especially, black males, those who use the grievance, like Mr.Gordon. Officer Wolfe was sent as a conspired acts of retaliation for filing greivances, helping others use the grievance procedure. Officer Wolfe was standing outside the Chow Hall waiting on Mr.Gordon, where he stopped Mr.Gordon, standing in front of him in a threating, intimidating, combative manner. Officer Made certain that his Body Camera was not facing Mr.Gordon as he stood side ways, but the outside security camera footage recorded all this. Officer Wolfe then snatched open in a forceful manner Mr.Gordon coat, reaching inside his coat,hood sweat shirt with out any warning, digging inside of Mr.Gordon's shirt pocket, snatching out the contents that were in Mr.Gordon shirt. This is a common tactic by officer when they are trying to bait a person they are targeting, entice, inciting them into a verbal and or physical altercation, so they can get them in segregation or to use excessive force to beat them up, and to justify other puntive abusive acts. Mr.Gordon has been incarcerated for a while and know these racist, abusive, conspired acts of retalaition. Officers Wolfe supervisors were watching him to in the hopes Mr.Gordon took the bait. Mike Rizzo, IIS Haley refused to document the security camera footage and covered up for his acts inter alia. Wolfe,Pytlak, IIS Haley, Rizzo Litzenberger, inter alia are a threat to the safety and security of prisoners especially black males, those who enegage in a protective conduct. This issue could have been life threatening for Mr.Gordon.

(28 of 52)

117 )-Ex.89(3pgs)-BECI1222002658-12/18/2022-Grievance by Mr.Gordon on Pytlak in-regards to Ex.83-BECI22008104-discrimination, harassment, racial animus, defamation character, US Const 1st amend retaliation, for weaponizing the conduct report, falsifying a government document. The rule 59,61 are vague and unconstitutional as the supporting facts, rule do not clarify how Mr.Gordon violated the rule, the Sgt.Carpenter found him guilty of. Sgt.Carpenter Pytlak weaponzing the disciplinary hearing as a modern day whiping/beating, a lynching inter alia.

118 )-Ex.90(2pgs)-BECI1222002665-12/18/2022-Grievance by Mr.Gordon to Unit Manager(UM) Covey, on Sgt.Carpenter, weaponizing the hearing and disciplinary hearing as a discriminating, harassing, racial animus, US Const 1st amend acts of retaliation, due to Mr.Gordon being a black male using the grievance procedure, for helping other targeted black males use the grievance procedure and for using the law inter alia. Carpenter disregarded Mr.Gordon evidence, witnesses saying as soon as Mr.Gordon went into his office that he was finding Mr.Gordon guilty, at which is predetermine decision and a denial of Mr.Gordon's due process rights under the US Const. 5th,14th. Carpenter is a walking bill board for white supremacy, as his father is also. Any chane they get they help apease white males and target balck males just to make their lives miserable at which will be manifested throught out the suit. WHEN MR.GORDON WAS DEFENDING THE FALSE CONDUCT REPORT FILED BY PYTLAK CARPENTER SAID THAT HE DON'T GIVE A FUCK ABOUT YOUR LEGAL KNOWLEDGE/DEGREE, WHAT EVER THE FUCK LEGAL CLAIM YOU ARE MAKING, I JUST WANT YOU TO QUIT THE BULLSHIT. Mr.Gordon stated that he just defending the false claims. Mr.Gordon told him that THE SUPPORTING FACTS DO NOT SUPPORT THE RULES VIOLATED, AS THE RULES THEMSELVES ARE VAGUE AND UNCONSTITUTIONAL, THUS VIOLATING MR.GORDON'S DUE PROCESS RIGHTS UNDER THE US CONST. 5th 14th amend. There was security milestone camera footage available as well the officer, prisoners that were present that day that Mr.Gordon proffered for his defense, that proved the conduct report was false inter alia. Carpenter is in agreement, and conspired with Pytlak inter alios in racist, retaliated acts inter alia.

119 )-Ex.91(3pgs)-BECI1222002729-12/18/2022-Grievance by Mr.Gordon on Litzenberger, regarding conspired acts of retaliation, with Carpenter, Pytlak, inter alios. On Dec.9,2022 instead of ,r.Gordon falling for the

(29 of 52)

bait, enganging in a verbal argument, when Pytlak with racail animus, stated that Mr.Gordonwas not allowed to cut a fade on the white older male who requested. Pytlak believes in his racist views that whitemales older white males, should not wear fades and black should not cut a white person head. Pytlak did these acts to other black Male barbers. A lot of the barber refused to do affidavit out of fear of retaliation by the administration, that will and there is no doubt will take place. Litzenberger refsued to filed a grievance on Pytlak when Pytlak literally tried to attack Mr.Gordon Dec.9,2022, pointing his finger in Mr.Gordon's face, where Litzenberger had to literally remove Pytlak to prevent him from attacking Mr.Gordon. Litzenberger pushed Pytlak into the office. The whole class and clients witness this issue, this is the reason Mr.Gordon left and went and got Litzenberger. Mr.Gordon and Mr.Collins requested that Pytlak, contractors every employee where body cameras and that security camera footage be put in every class room, hiding spot to captured abusive, threatening acts of prisoners safety and security.Ex.120 aff.by Caleraon Robinson and Ex.123-aff.by Chris Wright support Mr.Gordons claims. Mr.Wright is the person the brought the white male Fulton to Mr.Gordon. Fulton liked how Mr.Gordon cut Mr.Wright's hair and wanted Mr.Gordon to cut a fade on him. Pytlak Litzenbereger inter alios are jealous whitesupremacy especially how Mr.Gordon and other black males still excell even when man made whitesupremacist obstacle are put in our way to make us fall, stuble, to prevent us from obtaining out goals, so we can not come back to prison, to participate in systems that we did nto have access to inter alia.

(120 )-Ex.92(3pgs)-BECI1222002719-12/18/2022-Grievance on Pytlak, by Mr.Gordon, about harassment, discrimination US Const.1st amend. retaliation calling Mr.Gordon snitch, atagonizing Mr.Gordon saying he thinks he is a lawyer, if he is lawyer why is he here, Mr.Gordon stated because of actions by the prosecutor akron police department falsifying police reports,evidence, commiting perjury at the grandjury hearing inter alia. Pytlak response was your black your guilty. Thi stems from pytlak loosing the lock to the cage, where Peterson and Pytlak tried to get students to help look for the lock,going into certain areas. Mr.Gordon notice what was going on and told students do not go in the area because he is going to try and blame it on us.Pytlak got furious, and started to verbally abusive attacking Mr.Gordon. One of the students found the lokc in his

(30 of 52)

office under all the paperwork.

(21)-Ex.93-(2pgs)-BECI1222002730-12/18/2022-Girevance on DWSS Potter by Mr.Gordon, conspiring to retaliate with Carpenter,Litzenberger, Pytlak inter alios to harass Mr.Gordon, using her authority to tell officers to find Mr.Gordon guilty of false conduct reports by Pytlak supporting pytlak racist abusive, discriminating inter alia practices, calling RIB to influence them to make guilty findings inter alia.

(22)-Ex.94-(3pgs)-BECI1222002726-12/18/2022-Grievance on Pytlak by Mr.Gordon in-regards to Ex.84-BECI-22-008110-conduct report rule 18,22. Pytlak weaponized, falsified the conduct report,conspiring to retaliate with Litzenberger, Potter, Carpenter, Covey, barber students to injure to deter Mr.Gordon for using the grievance procedure, helping others use the grievance procedure and for being a black male, muslim. Pytlak told Mr.Gordon that he can not cut a fade on a whitemale because older white males do not get fades. He stuck in the Jim Crow, slavery age as most of the whites in the all majority city of St.Clair, where 95% of ODRC Prison are intentionally placed in these rural all white areas, to stimulate the economy. A design from the year 90 boom, when crack cocaine, chemical warfare was targted at Black; but now opioids, fentanyl hit whites. Thus alot of whites who see more whites come to prison, they want whites to receive all rehabilitative treatment, education, vocation inter alia, and they want blacks to return for job, security, inter alia, instead of white males.

(23)-Ex.95-BECI1222002720-12/18/2022-Girevance that was turned to a kite on Carpenter by Mr.Gordon. Mr.Gordon was attempting to file a grievance on Carpenter, for discrimination, harassment, racial animus, US Const. 1st amend. conspired act of retaliation due to Mr.Gordon being a black male using the grievance and helping other prisoners use the grievance procedure and for using the law inter alia. Carpenter tried to convince Mr.Gordon that he was helping him by finding him guilty, of Pytlak false conduct report, where Mr.Gordon tried to call his witnesses but Carpenter refused then carpenter sent the false conduct report to RIB as a Conspired act of using the RIB guilty verdict to kick Mr.Gordon out of Barber school instead of addressing whitesupremacy, the vindictive, absuive corrupt acts by Pytlak. If Mr.Gordon was not savvy in the law, greivance then RIB would have found him guilty. RIB hearing be rigged to find all prisoners guilty, and if they are not savvy in the law, with defending themselves then that guilty predetermine decision is going to stand.

(31 of 52)

124)-Ex.96-BECI1222002763-12/19/2022-Grievance on IIS Haley by Mr.Gordon in-regards to IIS Haley conspiring to retaliate against Mr.Gordon with Pytlak, Carpenter, Litzenberger, disregarding his duties, weaponizing his duties so Mr.Gordon can continue to be discriminated against, harassed, abused, targeted with racial animus inter alia, to deter, to inure Mr.Gordon from using the grievance procedure, Haley refused to investigate known acts to report and documents known puntive, abusive acts, in an to keep the whitesupremacy culture, practice, whitesupremacy doctrine at BECI inter alia, to punish black males.

125)-Ex.97-BECI1222003032-12/20/2022-Grievance on Covey by Mr.Gordon for conspired acts of retaliation, with Pytlak, Carpenter,Litzenberger, Potter Haley, inter alia. Covey tried to cover up Carpenter acts in Ex.95-BECI1222002720-12/18/2022, by changing or having Mr.Gordon greivance changed into a kite. Dave Taylor answered, making no sense what so ever.

126)-Ex.98-BECI1222003098-12/20/2022-Grievance on IIS Haley, for changing Mr.Gordon grievances/ICR into kite 12/18/2022-BECI1222002719-Ex.92-This was truned back into a greivance/ICR,---BECI1222002720-Ex.95, as Halye is in aggreement with these vindictive, racist acts of whitesupremacy and actually laughs about ti when he call me to his office. These acts along with Haley Litzenberger, Covey Carpenter are a threat to the safety and security of prisoners inter alia. Chris Lambert Chief Inspector stated that in his judgment IIS Haley can change/redirect complaints into kites that do not rise to the level of triggering 5120-9-31 to better serve the population of incarcerated adults, THis statement was made or had to be made after Mr.Gordon directed him to Ex.92 and Ex.95 thus Chris Lambert state that these racist, puntive, conspired abusive acts of retaliation are not that important to be addressed for dsiciplinary action, as Chris Lambert is in agreement with these acts and he beleives by not addressing them and allowing them to continue better serves the incarcerated adults, he must be refering to white males because none of the acts better serve black males, incarcerated adults.

127)-Ex.99-BECI1222003013-12/20/2022-Lite by Mr.Gordon to Haley, requesting him to turned BECI1222002720 back into a ICR/Grievance on carpenter. Haley sent a nonsensical absurd response, in an attempt to justify him covering

up and being in agreement of these acts inter alia.

|2ʒ)-Ex.100-Inmate Pass for Mr.Gordon to go to RIB for the false conduct report filed by Pytlak and where Carpenter referred the false conduct report that is not even an RIB Conduct report to RIB as a conspired act of retaliation,discrimination with Pytlak, Covey, Litzenberger, Potter inter alios for being a black male, muslim, using the grievance and helping other targeted absued, black males use the grievance procedure inter alia. If Mr.Gordon did not files greivances and file grievances ICR's that were turned into kites, as well as if Mr.Gordon was not savvy in the law , then RIB was going to find Mr.Gordon guilty.[NOTE: ON 12-22-2022 LITZENBERGER SENT A PASS TO MR.GORDON AS A CONSPIRED ACTS OF RETALIATION DISCRIMINATION, RACIAL ANIMUS, WITH PYTLAK, CARPENTER,COVEY INTER ALIOS FOR BEING A BLACK MALES USING THE GRIEVANCE PROCEDURE, FOR HELPING OTHER TARGETED BLACK MALES, BECAUSE LITZERBERGER THOUGHT THAT MR.GORDON WAS GOING TO BE FOUND GUILTY AND WITH THIS GUILTY VERDICT, THE PLANNED ACTS HE WAS GOING TO USE THE GUILTY VERDICT TO KICK MR.GORDON OUT OF BARBER SCHOOL. WHEN MR.GORDON CAME TO HONOR THE PASS HE WAS TOLD TO COME BACK BECAUSE LITZENBERGER IS BUSY AND MR.GORDON WILL BE PASSED AGAIN, BY JANE DOE. IN THE FOLLOWING EXHIBITS POTTER WILL ADMIT THIS,.BY LIE ABOUT WHAT CONDUCT REPORT THEY WERE USING TO KICK MR.GORDON OUT OF BARBER SCHOOL]

|2�billiard)-Ex:101-INmate pass for 12/28/2022, for Mr.Gordon to see Deputy Warden Operation-(DWO)-Scott who IS "CONSIDERED TO BE A BLACK MALE." DWO scott called Mr.Gordon to his office to convince Mr.Gordon to go back to RIB to be found guilty. While Mr.Gordon was up Their He see the RIB Chair person Manichan/Manican, John DOE 1-2- coming out of the IIS Haley office talking to the older white male Fulton that Mr.Gordon was cutting his hair that day. Scott is a black token, a house negro for the racist white males, allowing his skin to be weaponized, to convince Mr.Gordon to not put up a fight, to let the guilty finding stand to appease these racist whitesupremacy acts. A Black Token,House Negro, is equivilent to a Capo Jew that would start to indetify with the Nazi in the Holocaust, or in slavery a enslaved black who would start to identify with the slave master, his dislike for blacks, with this attitude came with creature comfort, the ensalve house negro would be allowed to work in the house instead of the field, or be treated in a different way because of what the house negro has adopted and foster, whitesupremacy, The stockholm syndrome also can be used to described this attitude

(33 of 5λ)

Alot of black will adopt foster whitesupremacy, for monetary gain, for primitive things that they are unable to obtain on their own, except with the help of whitesupremacy. The black person would have to plead their, allegiance, their fealty, to make cerain that they hate black people just like the whitesupremist hate black people, to make certain that they do not treat black people the same way white people in authority treat incarcerated white people, which consist of 4th, 5th chances, cover up of institutional violations, opportunities, respect, like a human inter alia. All of Mr.Gordon's conduct report are from white males except one at which these acts will be proven in the following paragraphs/

130)-Ex.102-BECI1222004163-12/28/2022 Kite to DWO Calrk Scott. adressing the conversation that they just had about convicing Mr.Gordon to go back to RIB to be found guilty and to not address the issue. Mr.Gordon documented his witnesses.

131)-Ex.103-BECI1222004164-Kite to the Warden 12/28/2022, about the conversation Mr.Gordon and DWO Calrk Scott had about taking him back to RIB to find him guilty and for Mr.Gordon not to put up a fight.

132)-Ex.104-BECI0123000826-1/5/2023- Grievance on Litzenberger by Mr.Gordon.(NOTE: Prior to this incident when Barber students returned back to school from the christman break, Officer Peterson walked up to Mr.Gordon asking Mr.Gordon is he suppose to be here. Mr.Gordon's reply was he is in barber school, why would he not be allowed back into school. Officer Peterson told Mr.Gordon to hold on and went to speak with Litzenbereger. Officer Peterson confirmed that their was a conspired atc of retaliation to have Mr.Gordon removed from barber school. Ex.84(2pgs)-BECI-22-008110, and Ex.100-INMATE PASS, was going to be used to remove Mr.Gordonfrom Barber school. This is why Litzenberger sent an inmate pass to Mr.Gordon December 22,2022 for him to come to his office but heir primitive conspired act of retaliation to remove Mr.Gordon was foiled due to RIB not finding Mr.Gordon NOT GUILTY.)--When Mr.Gordon came back to school after the morning break, Pytlak stood in the door way of the barber school, refusing to allow Mr.Gordon to enter, saying that Mr.Gordon has been removed by Litzenberger. Mr.Gordon went to speak to Litzenberger and he confirmed that Mr.Gordon was removed at which was a lie, because Mr.Gordon was not officially removed from barber school. Pytlak, Litzenberger, Officer Peterson, Potter inter alios plan was to

(34 of 52)

deny Mr.Gordon into barber school, have Mr.Gordon believe that he was removed, hoping to beleive that he was stupid enough to believe the WHITESUPREMACY AUTHORITIES FIGURES AND USE HIM NOT SHOWING UP AS A POOR ATTENDANCE, THEN REMOVE HIM,"BUT"""" their plan was botched because Mr.Gordon went back and filed a grievance recording these conspired acts, as manifested in the greivance herein.

133)-Ex.105(3pgs)- CLASSIFICATION AND RECALSSIFICATION PROCESSING-F2099 On January 12,2023 Mr.Gordon was sent a pass to UM Covey office to reclassify him out of barber school officially. There was NO LEGITIMATE REASON TO RECLASSIFY Mr.Gordon out of school. Pytlak, Lucas, Covey, Litzenberger, Taylor, Potter, Warden gray inter alios all conspired to RETALIATE AGAINST MR.GORDON FOR USING THE GRIEVANCE PROCEDURE, FOR HELPING OTHER ABUSED, TARGTED BLACK MALES USE THE GIREVANCE AND FOR BEING A BLACK MALE/MUSLIM, USING THE LAW INTER ALIA.

134 )-Ex.106-BECI01230025870-1/16/2023- Grievance on David Gray by Mr.Gordon as a proximate result of Covey saying upfront Warden Gray Potter Taylor wants to Make an example of me. Gray has a whitesupremacy Culture at BeCI, as well Mr.Gordon has seen Gray come to the barber school and Pytlak would tell him about the grievances he was reeiving, the incidents that took place and Gray would say I will take care of it, inter alia.

135)Ex.107(13pgs)- After Mr.Gordonwas refused appeal forms to appeal the reclassification, Mr.Gordon had to write the Bureau of Classification to appeal to them at a proximate result of Mr.Gordon being denied access to the appeal process of the reclassification by Covey and Taylor. Covey Taylor did not even know that there was an appeal process of the reclassification. Covey called Kolvek who is in the camp to find some direction to what Mr.Gordon was requesting, at which was the appeal forms. Kolvek is just like Pytlak, where most of the black prisoners believe that they were the grandwizards of this whitesupremacy gang at BeCI, because everyone would rally behind them, take racist orders as Mr.Gordon has proven herein. Kolvek tried to tell Mr.Gordon that their was no appeal process, so Mr.Gordon appeal to Bureau of Classification about the issue, Jeff Mustard put the wrong date on their 1/25/22-instead of 1/25/2023. Mr.Gordon has attached what he to go through to appeal the conspired retaliated acts by Pytlak, Lucas,Covey,Litzenberger,Potter Gray inter alia.

(35 of 52)

136 )-Ex.108(3pgs)-2/12/2023-Grievance on Pytlak by Mr.Gordon. Due to Mr.Gordon Appeal the conpsired retaliated act of removing Mr.Gordon from barber school at which Ex.83-BECI-22-008104-12/9/2022 Conduct was trying to be used after Ex.84-BECI-22-008110-12/9/2022 failed, Mr.Gordon pointed out that their was milestone security camera footage proving that the Ex.83 was a lie, but more importantly, for arguendo the conduct report was not a work related issue, so therefore Mr.Gordon could not be reclassed for that reason. So as a result of these two bogus,conpired acts of retaliation Pytlak was soliciting perjury from the students that he has established a reslationship with , telling them if Gordon comes back and he receives another write up they are not going to get their barber license, so he needs them to kite up front and tell them the class is much at peace and quiet that Mr.Gordon is gone. 3 of the barber students came back and told me, but only one was willing to do an affidavit Ex.121-Cameron Robinson. The other two was fearing retaliated acts by prison personell here at BeCI. The students were sending false kites to Potter, Scott or Warden Gray. Mr.Gordon requested this evidence by Litzenberger, Haley in a corrupt effort; to cover this up,lied and said it did not exist, inter alia.

137 )-Ex.109(3pgs)-BECI0223002386-2/16/2023-Grievance by Mr.Gordon on Officer John Doe who works the package room who Mr.Gordon gave his legal mail to, marking LEGAL MAIL, EMRGENCY TIME SENSITIVE, and his legal mail was held for three days. The state courts do not have no mailbox rule and ODRC in conjunction with the courts/prosecutors, intentionally alwasy hold prisoners mail, maliciously, vindictively. In the case herein Mr.Gordon mail being held was a vindictive, malicious, discriminating act of retaliation, impeding, frustrating, denying Mr.Gordon access to the courts in violation of his US Const. 1st amend right. Dustin Howell sent a nonsensical response, then stating that Lt.Henry is the supervisor in charge of the mailroom, (MR.GORDON DO NOT UNDERSTAND THEN WHY IS HE ANSWERING THE GRIEVANCE/ICR)- Howell sighted the rules for incoming mail 75-MAL-01 incomingmail should ne held for 48 hours and package 72 hours but only partially sight the rule, IIS Haley did the same things but stated the rule to outgoing mail, stating the opposite of howell, about outgoing mail do not have a time frame to be processed thus the Officer John Doe knew and should have known to send Mr.Gordon legal mail out immediately.

(36 of 52)

138 )-Ex.110-BECI0223003336-2/21/2023-Kite to UMA/UMC Taylor by Mr.Gordon informaing Taylor that he put his Reclassification Appeal 4-pages,(see Ex.107-pgs.9,10,11,12). Taylor who is an instricate part of these racist discriminating conspired acts of retaliation response is- "I HAVE HONESTLY NO SEEN IT." These are the type of imature, vindictive abusive acts that those in authority that are being AUTHROIZED BY THE GOVERNMENT TO IMPROVE THE QUALITY OF A PERSONS LIFE. WHAT PART OF REHABILITATION, RESTORING MR.GORDON AND OTHER BLACK BACK TO GOOD HELATH ARE THESE ACTS, THAT ARE MANIFESTED HEREIN, THAT ARE CORRUPT,PUNITIVE, RACIST,DISCRIMINATING INTER ALIA, MAKING A PERSON EVEN WORST AFTER PRISON,FROM A PRODUCT OF WHITESUPREMACY.

139 )-Ex.111-BECI0323000276-3/2/2023-Kite to UMC/UMA Taylor, by Mr.Gordon documenting that the kite with his bed number, prisoner number has not been returned to him, asking Taylor how do he want the appeal sent since Lt.Henry, and/or mailroom John John Jane Due 1-thru-10 are using the processing of communication as a means of harasment/retaliation, discrimination, with racial animus, for being balck male addressing racist retalitory acts inter alia. Taylor responded for Mr.Gordon to send his appeal by electronic kite.

140 )-Ex.112-BECI0323000698-3/6/2023-Kite to Notary, by Mr.Gordon for a notary. Ruiz sent a response saying Unit Manager Covey.

141 )-Ex.113-BECI0323001556-3/7/2023-Kite to Taylor informing him that the electronic kite do not give him enough time to address all his issues in his appeal, in-regards to conspired acts of retaliation, racial animus, thus denying him due process. Mr.Gordon requested for him to be passed so he can drop the appeal off to him, because the issues in his appeal are directly related to the 42 USC 1983 action that he will be filing. Mr.Gordon received a pass but was directed to give the appeal to Haley.

)-Ex.114-BECI0323001559-3/7/2023-Kite to Notary for a Notary informing, the Notary that Covey is present but is not available for notary. Ruiz response was, NOT MY ISSUE. Mr.Gordon finding a notary is like puting an engine back togather and that person do not know anything about cars. These issue impedes, frustrates, denies My access to the courts inter alia.

(37 of 52)

142)-115-BECI0323002763-3/14/2023-Kite to Inspector, by Mr.Gordon asking who is UMA Taylor Supervisor. Rose Matesick responded saying Deputy of operations.

143)-Ex.116(3pgs)-BECI0323003031-3/15/2023-Grievance on UMA Taylor by Mr.Gordon in-regards to discrimination, racial issues, harasment, US Const 1st amend. conspired acts of retaliation, inter alia, due to Mr.Gordon being a black male, muslim, using the grievance and for helping other prisoners use the grievance, for conspiring with Pytlak Potter, Gray, Litzenberger, Covey, scott inter alia, reclassing/kicking him out of barber school inter alia.

144)-Ex.117-BECI0323005185-3/30/2023-Kite to Mailroon by Mr.Gordon documenting that he has not received his February 2023 issue of Prison legal news, March 2023 issue of prison legal news. Lt.Henry sent a nonsensical response, to this ongoing continuous conspired act of retaliation.

145)-Ex.118-BECI0523001025-5/11/2023-Kite to Warden's assistant(AA) requesting a copy of officer hess body camera footage. This is regarding Ex.65-BeCI-22-006627-10/5/2022--Ex.67-BECI022002336-10/15/2022 Ex.68-Affidavit of Maurice Freeman, that Mr.Gordon request to be preserved for future legal litigation.

146)-Ex.119(2pgs)-Request#25733591-6/18/2023-Kite to Henry by Mr.Gordon, requesting a full complete copy of June 9,2023 Legal "Postage dtae" from Legal mail sent by Sandra Kurt Clerk of Courts for Summit County, for his future legal issues. The mailroom officers John/Jane Doe, Lt.Henry inter alios started opening up and copying Mr.Gordon's legal mail without his aaproval, nor without him being present. Mr.Gordon requested as will be proven that his legal mail not be opened up without him being prsent, that his legal mail not be copied and that his legal mail not be sent through regular mail inter alia. Lt.Henry sent a nonsensical response saying the legal mail was copied on June 9,2023. Mr.Gordon was requesting a copy of the post date, as was using the June 9,2023 date as reference material to describe what piece of mail he is refering to. This as the court will see is a common tactic with prison personell playing dumb, like they do not know what Mr.Gordon is requesting nor addressing, at which is a common culture, conspired act of retaliation harassment, discrimination due to Mr.Gordon being a

(38 of 52)

a black male, muslim, using the grievance, helping other targeted black males use the greivance, for using the law, as these act were ment to injure and deter Mr.Gordon from exercising his US Const 1st amend. right inter alia.

147)-Ex.120(4pgs)-AFFIDAVIT OF CAMERON ROBINSON 765-915, ONE OF THE BLACK MALES THAT WASTARGETED, FOR BEING BLACK, FOR USING THE GRIEVANCE INTER ALIA. Mr.Gordon helped Mr.Robinson use the grievance procedure to address the racist acts by Pytlak and Christman. Pytlak would target black males students who were new, that he felt he did not want in their to make room for white males. Pytlak almost had Mr.Robinson quit until Mr.Gordon talk sense into him, and let Mr.Robinson know what Pytlak was trying to do. Pytlak would think it was funny when he made a person especially a black male quit barber school, by filing a bogus conduct report. All the white prison personell would think it was funny also as they would not even question why so many people are signing out of barber school after waiting for so long to get into barber school.Pytlak would hype christman to file the conduct reports, until christman after all these years got tired of Pytlak negativity and retired as students were told. Pytlak had the class sergregated. Mr.Robinson swears to Pytlak making negative comments to black students saying you can't own no barber shop, you a prisoner, that is not going to work, all yall going to do is find a way to sell drugs inter alia. Mr.Robinson witnessed all of Mr.Gordon incidents inter alia.

148)-Ex.121(2pgs)-AFFIDAVIT OF CAMERON ROBINSON 765-915 of him witnessing pytlak soliciting students to send false kites saying the Barber school is much quieter now Mr.Gordon is gone, the barbershop is more peaful, inter alia.

149)-Ex.122(2pgs)-AFFIDAVIT OF BARIEL VASQUEZ 779-315- swearing to what he was subjected to by Pytlak. Pytlak would WHISPER IN MR.VASQUEZ EAR SAYING "WHAT'S UP MY WIGGER"--(WHITE AND NIGGER PUT TOGETHER). If Mr.Vasquez would be talking to a black male Pytlak WOULD SAY WHAT'S UP MY WIGGER IN HIS EAR. Pytlak would talk down on himcalling him low life ghetto,Pytlak threw Mr.Vasquez book, study guides in the trash. Mr.Gordon helped him find them because he seen Pytlak this to other students that he was targeting. Pytlak started harassing Mr.Vasquez so much that Mr.Vasquez started to loose his drive for being a barber, until Mr.Vasquez eventually quit due to alot of the harasment

(39 of 52)

he was experiencing inter alia.

150 )-Ex.123-AFFIDAVIT OF CHIRS WRIGHT 792-599. Mr.Wright was the person that brought the older white male Fulton 807-476 down to Mr.Gordon because Mr.Fulton liked the fade that Mr.Gordon put on Mr.Wright. Mr.Wright swears to after about 7 minutes of Mr.Gordon cutting Mr.Fultons hair, Mr.Gordon started to cut a fade on Mr.Fulton, then Pytlak came out of his office set at the students table right in front of Mr.Gordon's chair, then ask Mr.Gordon what is he doing, Mr.Gordon said that he was cuting a fade. Pytlak stated no older white man gets a fade, he never in his 20, 30 years of cutting, cut a fade on a white male. Mr.Gordon then asked Mr.Fulton what did he ask for, Fulton said a Fade, Pytlak then said to Mr.Gordon he just said that because he is scared of you. Mr.Gordon then left and got Principal Litzenberger, Mr.Wright also witness Pytlak put his finger into Mr.Gordon face telling him to shut. Litzenberger had to literally push Pytlak into the office.

151 )-Ex.124-AFFIDAVIT OF TRAVIS LEE BURTON 748-117-(2pgs) whitemale who was targted because Pytlak Christman beleived he was gay,due to his smock changing colors as a result of the cloths he put in with his barber smock turning the smock blue. Mr.Burton used the greivance procedure to address this issue, then he really started to be a target of Pytlak, saying he was not doing certin things properly, at which Pytlak never intructed, taught how to cut hair.Mr.Burton witnessed Pytlak being racist, torwards blacks, Pytlak filed a false conduct report on Mr.Burton and also made him quit barber school inter alia.

152)-Ex.125- A SIGN OF THE BARBER SCHOOL BEING CLOSED UNTIL FURTHER NOTICE.(2pgs)- Instead of letting Mr.Gordon back into barber school] the warden Gray claosed the barber school down around April as a acto of retaliation, discrimination conspired act of retaliation for being black, male, muslim using the grievance, helping other targeted blacks inter alios use the grievance, to deter and injure Mr.Gordon for using the grievance, as well as let him know white-supremacy his supreme, if he do not except whitesupremacy abusive opressive, disrespectfull acts then he will not receive nothing inter alia.

(40 of 52)

money was stolen and misappropriated as funds was recieved for our barber school the school was shut down as well as prisoners were forced to sign out to protect their mental health, there spirit, their character from being defame inter alios as this is not only the culture of BeCI but ODRC.

|53 )-Ex.126(3pgs)-AFFIDAVIT OF ELIJAH FARRAKHAN 780-317 He witness the false conduct report filed by Officer Livingston saying Mr.Gordon had a tent the length of the bed, where the blanket at the top of the bed and did not obstruct Livingston view. The TENT AS LIVINGSTON DESCRIBE  WAS STILL THERE MONTHS AFTER THE CONDUCT REPORT. Mr.Farrakhan, knows that this was an act of retaliation due to Mr.Gordon using the grievance as well as helping others. Mr.Farrakhan states that these retalitory acts of harassment, have a negative effect on prisoners mental health, spirit, creates post traumatic stress, depression inter alia that has serious effects even after the person is released that they take back to their community,negatively. Mr.Farrakhan, swear that Mr.Gordon knows the law, helps others and uses the grievance procedure inter ali so prison official see him as a threat that has the knowledge and ability to address their corrupt actions, misconduct inter alia, as well as being black with this ability where alot of prison officials are racist, inter alia. Mr.Farrakhan further state, that Mr.Gordon is quiet always reading, working on his paperwork, minding his business, very respectful inter alia, so he knows these acts wer a result of him being black, using the grievance procedure and for helping others use the grievance procedure.

154 )-Ex.127(3pgs)-AFFIDAVIT OF COREY DAVIS 796-838-WHO was Mr.Gordon's bunky at the time Livingston filed the false conduct reports out of retaliation. Mr.Davis states that the blanket that was CONSIDERED A TENT BY OFFICER LIVINSTON WAS LIKE THAT PRIOR TO MR.GORDON MOVING OVER THERE WITH HIM, due to about 5inches of the blanket hanging that do not obstruct no officers view. Mr.Davis states the blanket was like that two months that he was sleeping over there before the conduct reports, Warden , Deputy Warden  of Special Services, Deputy Warden of Operations, Captains, officers, inter alios, that do walk arounds in the unit never said anything inter alia. The blanket was like that even after Mr.Gordon moved from the bed area.

(41 of 52)

Mr.Davis swears that a person at the top is always going to have a blanket hanging any way partially when there bed is made, just like a person on the bottom bunk is going to have their blanket hanging partially when the bed is made, that do not obstruct the officer's view. Mr.Davis also was Mr.Gordon bunky when Sgt.Walton came over their damaged his property, inter alia.

156 )-Ex.128-Kite Request #257924041-Kite to Notary, Mr.Gordon sent a request for a notary, because it is very, very, very, very, very, very very, difficult finding a notary, especially when the person ask who is the person needing a notary, the notary refuses. As a result of these conspired acts of retaliation, harassment, discrimination this impedes Mr.Gordon access to the courts.

157 )-Ex.129-Kite-Request-#259621341-6/27/2023-Kite to the IIS Haley by Mr.Gordon about officers on June 26,27,2023, captains targeting black males with dredlocks/braids taking their hoodie jacket, issuing no contraband slips. The prison officials have the units segregated just like redlining, in society, gentrification, Jim Crow, that have white by designed into certain houses, and officier were telling the white males to put the hoodies, up, most of the kitchen workers were not targeted, they were really targeting Mr.Gordon and other black males with dredlock like Mr.Gordon and black males with braids. Mr.Gordon requested for security camera footage be preserved for future legal litigation because from his experience of whitesupremacy , conspired acts of retaliation, discrimination racail animus, for being a black males muslim, using the grievance procedure, helping others especially targeted black males use the grievance, procedure, for using the law Modern day lynchings, whipings/beating, with Captains like donzilla, Haley, Pytlak, Gray, Henry, Carpenter, Walton inter alios we abuse their authority to target black, certain people like Mr.Gordon so Mr.Gordon got this documented. Mr.Gordon had two hoodie jacket for over 26 years, that he personally bought as well as several prisons he has been to passes them out,like trumbull, Northcentral, Chilicothe, but ever sense Travon Martin and Black in sports like Lebron started to wear the hoodies, due to the racist person who killed Travon Martin said he looked suspicious because he was wearing a hoodie jacket,black males in prisons have been targeted by whites, who listen to the racist radio stations create false reason with racial animus to justify their racist, discriminating abusive acts as all the respondent to grievances herein                              (42 of 52)

Mr.Gordon has affdavits that he will further prove the lies of Haley response to Mr.Gordon's kite. Note that Haley answered Mr.Gordon's kite 7/4/2023.

(54)-Ex.130(2pgs)-BECI-23-004394-7/3/2023, Dowery who is a black token, a house negro who was promoted to Lieutenant had to go through his iniation phase inorder to be around the white males and their white supremacy. Dowery had to plead his allegiance, his fealty, to make certain,that with his promotion he do not use his authority to treat black males, the same way the white males in authority treat white male prisoners, with 2nd,3rd,4th,5th chances, cover ups of rule violations, with respect, opportunities, of jobs, security level being lowered, vocational, educational, rehabiltative treatment, with empathy, sympathy inter alia. A Black token is a person, just like a token looks like it has some value, like a real coin, but a token is only used to play games or for other reason that are not of value. Lt.Dowery was used as a peon for Donzilla, Haley, Tiger, Carpenter, Gray inter alios, to circumvent, cover up the racist acts, that are conspired retaliated acts by extreme whitesupremacist, to lynch, beat,whip inter alia,blacks into a state of fear, humiliation, to deter them,Mr.Gordon from using the grievance, the law inter alia. As Mr.Gordon was wlaking into the dinning hall as the security camera footage shows, Donzilla nodded his head as Mr.Gordon was walking up to the dinning hall, Donzilla nodded his head to Dowery and Dowery can be seen on camera going to fetch a plastic small trash bag, then as planned walked up to Mr.Gordon saying I have to take your hoodie, I know you bought it your seargent will tak ecare of all that. Dowery lied in the conduct report saying he pat search Mr.Gordon and found Mr.Gordon was in possession of a altered hooded sweatshirt, but he do not document how Mr.Gordon manufactured hooded sweat shirt was altered. Mr.Gordon asked Dowery for a contraband slip, Dowery refused to give Mr.Gordon a contraband slip, then Mr.Gordon saidhow is Dowery going to know what hooded jaket is his, Dowery then wrote Gordon on the bag. On the camera Dowery can be seen laughing with others officers about the conpired act of retaliation, by Donzilla, Haley, Gray, Pytlak, Carpenter Tiger, inter alios. When Mr.Gordon was going to medical he seen Dowery and said where is his contrband slip, Dowery just kept saying what he was told to say by Donzilla, inter alios your Sgt. will handle it.

(43 of 52)

159 )-Ex.131-Request #261285251-Kite to Haley by Mr.Gordon requesting for the preservation of evidence for future legal lititgation 42 USC 1983 action, inter alia, of the days hoodies were taken inter alia.

160 )-Ex.132-Request #261729951-Kite to IIS Haley by Mr.Gordon for the preservation of evidence of when Mr.Gordon's hoodie was taken, the days that lead up to that day inter alia, for future legal litigation 42 USC 1983 action inter alia.

161 )-Ex.133-Grievance #262773581-#BECI000000000332-8/17/2023 Grievance(3pgs) on Carpenter conspirring with dowery, donzilla, haley pytlak inter alia to retaliate against Mr.Gordon for being a black male, using the grievance, helping other targted black males use the grievance, for being muslim, for using the law inter alia. Tiger who was the seargent at the time, was suppose to hear the conduct report, but as planned wanted carpenter who was going to be the seargent to seek his revenge on Mr.Gordon to whip/beat him, lynch him into fear to deter to inure Mr.Gordon for using the grievance procedure, this IS WHY DOWERY when he was walking with captain english, kept saying your seargent will handle it, and this is why Tiger refused to hear the conduct report. Carpenter as planned was act like he was training Jane Doe the two house seargent, so it would appear like she was making the decision not him. Mr.Gordon informed Carpenter where is the evidence, the hoodie, sweat shirt. Carpenter said it is in the vault his was altered, Mr.Gordon said how was it, altered, then asked once again wear is the evidence at so Mr.Gordon can prove his case put up a proper defense. Carpenter nor the lady he was training alledgedly could not tel Mr.Gordon how his hoodie sweat shirt was altered. 4 days prior to hearing the conduct report Carpenter made a round saying that he was going to find Mr.Gordon guilty. Mr.Gordon said that is a predetermined decision, and he will go through the kangeroo proceedings so he can file his greivance/ICR. Carpenter even refused to give Mr.Gordon a copy of the conduct report. The electronic grievance machine limits how much a person can type, so alot of what Mr.Gordon wanted to state was limited by the machine.

162 )-Ex.134-Request 263169861-Kite to Inspector requesting for a copy of the conduct report that he was denied by carepenter, prevent Mr.Gordon from addressing methodical conspired acts fo retaliation by Dowery, Donzilla, Carpenter, Haley, Tiger inter alia.

(44 of 52)

163)-Ex.135(4pgs)-Grievance #263638351-BECI000000000358-Grievance on Dowery, Carpenter, Donzilla, Tiger, Haley inter alios on conspired acts of retaliation, by the theft of Mr.Gordon's hoodie sweat shirt, falsifing a government document, perjury,, racist animus, discrimination due to Mr.Gordon being a black male, muslim, using the grievance procedure, helping other targeted, abused, harassed inter alia black males use the grievance procedure, using the law, to injure deter Mr.Gordon from using the grievance procedure as well as others, inter alia. The conduct report was vague, lack notice as well as the rules are unconstitutional to the supporting facts, of how Mr.Gordon's hoodie sweart that he has been wearing in majority of the requested preservation of camera footage and the 2 and half years that he has been at BeCI inter alia. [Farid v Ellen, 514 F.Supp 2d 482 [488],[489],[490],[Chatin v Coombe] 186 F.3d 82 [88],[89], [Larue v Rubestein] 2009 US Dist. LEXIS 121602

164)-Ex.136-Request #264846271-Kite to Henry by Mr.Gordon requesting the whole copy of the envelope, the post date of the envelope for legal reasons inter ali. The mailroom officers, would continue to copy Mr.Gordon legal mail and open his legal mail without being present. Henry and officer 1-thru-25 would not fully copy all of Mr.Gordon's legal documents.

165)-Ex.137-Audit Grievance #266411931-BECI000000000434-Grievance on IIS Haley due to conspiring with Dowery, Donzilla, Carpenter, Tiger inter alia to retaliate against Mr.Gordon for being a black male, muslim, using the grievance procedure, helping other targeted abused blakc males use the grievance procedure, for using the law. When Mr.Gordon went to speak to IIS Haley at his office about his hoodie sweat shirt, MR.GORDON ASKED HALEY HOW IS HIS SWEAT SHIRT ALTERED HALEY SAID BECAUSE IT HAD A BOOT STRING IN IT, I LAUGHED, THEN TOLD HIM THAT IS NOT A ALTERED HOODIE SWEAT SHIRT, PLUS MY HOODIE SWEAT SHIRT DID NOT HAVE NO BOOT STRING, WHEN HALEY SHOWED ME THE HOODIE SWEAT SHIRT THAT HE WAS REFERRING TO MY HOODIE SWEAT SHIRT WAS SWITCHED OUT, DOWERY DONZILLA, CARPENTER, HALEY GRAY INTER ALIA STOLE MY HOODIE SWEAT SHIRT TAMPERING WITH EVIDENCE INTER ALIA.

166)-Ex.138(3pgs)-Grievance #266855241--BeCI000000000445-Grievance on Henru Winland, John/Jane Doe 1-15, for continuing to stealling my Prison legal news, Criminal legal news subscriptions as a conspiring act of retaliation, discrimination, racial animus, due to being a black

male, muslim, using the grievance procedure, helping other targeted abused black males use the grievance, for using the law inter alia

\(7)-Ex.140(3pgs)-AFFIDAVIT OF JEFFREY BROWN #477-552- in regards to him experiencing white supremacist racist acts and him being retaliated against with him being labeled a racist for addressing the racist acts by white black officers, as well he also witnesses officers taking, targerting black males, taking their hoodie sweatshirt and allowing white males keep theirs.  Mr.Brown can be seen on July 3,2023 security camera footage walking into the dinning hall in front of Mr.Gordon as he witnesses the acts of Dowery, Donzilla inter alia. Officer Firquris WAS WRITING ON THE DRY ERASE BOARD IN FRONT OF THE OFFICER DESK FOR EVERY PERSON TO SEE, STATING,---(1)-"BLACK PEOPLE HAVE 98% CHIMPANZEE DNA IN THEIR BLOOD LINE"

(2)-"BLACK PEOPLE FROM ALKEBULAN-(THE ORIGINAL NAME BEFORE AFRICA)-HAVE RED HAIR AND BLUE EYES."(REFERRING TO WHITES)

(3)-"THE MOST EFFECTIVE WAY TO DESTROY A RACE OF PEOPLE IS TO DENY AND OBLITERATE THEIR LANGUAGE, HERITAGE,HISTORY AND THEIR LAND AND ENSLAVE THEM."

Mr.Brown stated some black inmates family called the administration and the administration told officer Firquris to stop writing on the chalkboard. When Mr.Gordon came ove to 8 house to get a Notary from Covey he also seen the first writing on the board and the Officers who came and went was laughing as Mr.Gordon turned his head to read it. Mr.Brown swears that Covey Sgt.Henry who is a black token, house negro who also is in the house where Furquris was writing these racist, dehumanizing, inter alia writing on the board conspired with covey, tiger to retaliate against him by moving Mr.Brown to 7 house the other unit trading him out for a white male inmate Boyer. Boyer the white inmate told Mr.Brown that Tiger and Covey was using him momentarily to switch him out with Mr.Brown, because he(Mr.Brown) is a racist.

\(68)-Ex.141(3pgs)-AFFIDAVIT OF ELIJAH FARRAKHAN #780-317- inregards to racist acts, false conduct report, Tiger helping a white male prison to get out of a conduct report by putting the violation of Mr.Farrakhan, and the targeting of black males with hoodie sweat shirt not white males, inter alios. Mr.Farrakhan was given a false conduct report by Tiger after a white female officer Meager found the hooch in the white males property and put the false conduct report on the white male black bunkmate. The white male Hullinger 756-646 told

(46 of 52)

the white female officer meager that the hooch was his, she put it on Hullinger black bunkmate. Hullinger told Tiger that the hooch was his but Tiger put the hooch conduct report on Mr.Farrakhan. Hullinger white male sent kite to the administration-6-28-2023-8:40am-Ref#259774641, 6-28-2023-9:05am-ref#259779041 to the administration, telling them that the hooch was not his bunkmate nor Mr.Farrakhan. Mr.Farrakhan was taken to RIB found guilty, even using the kites the oral admission to Tiger as evidence. Mr.Farrahkhan was held in Segregation for about 6 hours to file his appeal, so Mr.Gordon would not help him then, he was released. Mr.Gordon helped him use the grievance to file a grievance on Tiger and the Sgt.Jane Doe of 5house who conspired with tiger to not find him not guilty and to send the conduct report to RIB. Mr.Farrakhan also seen officers hunting, targeting black males, June ,26,27,29,30-2023--July 1,2,3,4,5,2023, taking their hoodie jackets without even determining was the hoodie sweat jackets altered, as the excuse the were using. The officer were selectively picking and choosing who they want to harass. White males were allowed to keep their hoodie jackets, especially, those in 1,3,4,house dorimitories. The officer were not issuing no conduct report, Captain, Lieutenants, had a pile of hoodie jackets, about 80 in a pile at the dinning hall area. Officer Wolfe who is a part of the white supremacy gang here at BeCI did not examine his hoodie he just took it in the dinning hall, as Captain Donzilla was present and allowed him to do it, as they never gave a contraband slip, nor conduct report, they were not following no rule,policies, in the performance of their duties. Mr.Farrakhan said to Wolfe and Donzilla , what about the white males, how come yall are not taking their hoodie jackets, Capt. Donzilla and officer Wolfe told him ,we don't see them we see you. The white males were in the dinning hall with him walking right pass Wolfe and Donzilla, with their hoodie sweatshirts BeCI has a white supremacist culture, that caters to the rehabilitation education, programing, opportunities of white males or peons. There was security camera footage in the dining hall. All the prisoners that hoodie jackets that were taken did not want to be further hunted,targeted harassed, retaliated against inter alia so they were discouraged from using the grievance procedure, as they were detered because they are not savvy in law nor in filing grievance, inter alia.

(47 of 52)

169.)-Mr.Gordon avers that he has exhausted all remedies that were available to him, in-regards to the grievance procedure, appeals inter alia.

CAUSE OF ACTION

COUNT 1: U.S. CONST. 1st AMENDMENT, 14th AMENDMENT RETALIATION,DISCRIMINATION, RACIAL ANIMUS--[Thaddeus-X v Blatter] 110 F.3d 1233(6th Cir),[Bell v Johnson], 308 F.3d 594 (6th Cir)

170.)-Mr.Gordon incorporates by reference paragraphs 1-thru-169 by reference as if completely rewritten herein

171.)-Thomas Pytlak targeted Mr.Gordon for being a black, male, muslim using the grievance procedure, for helping other targeted black males,to use the grievance procedure, for filing lawsuits, for using the law, where Pytlak filed dalse conduct report,called other officers FNU Livingston to filed false conduct reports, that were unconstitutionally vague and lacked notice, in-regards to the rules and the supporting facts. This was done to harass Mr.Gordon, to injure him,with displinrary sanctions, to deter him from using the grievance procedure, to deter him from helping other targeted balck males from using the grievance procedure,to deter him from filing lawsuits, to deter him from using the law inter alia.

172.)-As a direct proximate result of Thomas Pytlak action Mr.Gordon] was given disciplinary sanctions,jpay restriction, he was searched by Sgt.Walton, then searched walton broke his glasses, put a rusty locker box on his blanket, poured coffee on his bed, poured out his oatmeal on the floor. Mr.Gordon was humilitated, causing pyschological distresss, effecting his hypertension, inter alia.

COUNT 2. U.S. CONST 1st AMENDMENT, 14th AMENDMENT, CONSPIRED ACTS OF RETALIATION, DISCRIMINATION, RACIAL ANIMUS,[Hooks v Hooks],771 F.2d 935, 943-44(6th Cir 1985)

173.)-Mr.Gordon incorporates by reference paragraphs 1-thru-169 by refernce as if completely rewritten herein.

174.)-Thomas Pytlak and FNU Livingston, targeted Mr.Gordon for being a black, males, using the grievance procedure, for helping other targeted black males use the grievance procedure, for filings lawsuits for using the law. Pytlak and Livingston planned to harass, injure Mr.Gordon inter alia, by Livingston filing false conduct repport that

$$\left(48 \text{ of } 52\right)$$

COUNT 3: U.S. CONST 1st AMENDMENT, 14th AMENDMENT, CONSPIRED ACTS OF RETALIATION, DISCRIMINATION, RACIAL ANIMUS, [HOOKS v. HOOKS],771 F.2d 935, 943-44(6th Cir 1985)

175 )-Mr.Gordon incorporates by reference paragraphs 1-thru-169 by reference as if completely rewritten herein.

176 )-Thomas Pytlak, James Covey, Kent Litzenberger, Vince Carpenter, Mary Potter, David Gray, Patrick Haley, David Taylor,FNU Lucas,Mr.Gordo was targeted, for being a black, males, muslim, using the grievance procedure, for helping other targeted black males use the grievance procedure, for filing lawsuits, for using the law, the above planned to harass, inure Mr.Gordon, by filing false conduct reports, that were unconstitutionally, vague, lacked notice, in-regards to the rule and the supporting facts. Mr.Gordon was denied due process by Vince Carpenter where he sent the false conduct report ot RIB(Rule Infraction board) where the plan was to use the guilty verdict by RIB to reclass Mr.Gordon out of barber school, atwhich that plan failed when RIB found Mr.Gordon not guilty.The other conduct report by Pytlak was used, where security camrea footage was available that Mr.Gordon requested to be preserved but was denied by Carpenter, who used curse words, deragatory language trying to intimidate Mr.Gordon, from exercsing his due process rigths, that conduct report was sued to vindictively, malicioulsy, with racial animus, inter alia to remove Mr.Gordon from barber school, this was to deter Mr.Gordon from using the grievance procedure, to deter him from helping other targeted black males from suing the grievance procedure to deter him from filing lawsuits, to deter him from using the law inter alia.

177.)-As a direct proximate result of these acts, Mr.Gordon was unable to obtain his barber license where he had only two monhts left to obtain he license, David Gray closed the barber school, preventing Mr.Gordon from ever obtaining his license at BeCI, Mr.Gordon faced lock and key(segregation time) due to the false conduct report, he was humiliated, his hypertension was effected, he was not able to get into programs for 6 moths due to the conduct report, he had psychological distress inter alia, where he had difficulty sleeping, eating inter alia.

(49 of 52)

COUNT 4: U.S. CONST. 1st AMENDMENT, 14th AMENDMENT, CONSPIRED ACTS OF RETALIATION, DISCRIMINATION, RACIAL ANIMUS, DUE PROCESS INTER ALIA [HOOKS v HOOKS], 771 F.2d 935, 943-44(6th Cir 1985)

178 )-Mr.Gordon incoporates by reference paragrapgs 1-thru-169 by reference as if completely rewritten herein.

179.)-Chuck Tiger, Vince Carpenter, Darrell Dowery, FNU Donzilla, Patrick Haley, targeted Mr.Gordon for being a black male , using the grievance procedure, for helping other targted black males use the grievance procedure, for using the law, for filing lawsuits, whne they planned to harass Mr.Gordon by filing a false conduct report that was unconstitutionally vague, lacked notice, in-regards to the rule, the supporting facts, unlawfully stealling his property, his hoody sweatshirt, as he was denied due process by carpenter Haley at the hearing and the grievance process inter alia. Mr.Gordon was given disciplinary sanctions by Carpenter as a result of the false conduct report inter alia, he was denied access to programs for 6 months due to the false conduct report. He was humiliated, he his hypertension] was negatively effected, he had psychological distress, dificulty sleeping, eating inter alia.

180.)-As a direct proximate result of these actions his hypertension was negatively effected, he had difficulty sleeping, eating, he was denied access to programs for 6 months, he humiliated, his property was stolen, he was given displinary action by carpenter, he had psychological distress, mental anguish inter alia.

COUNT 5: U.S. CONST. 1st AMENDMENT, 14th AMENDMENT, CONSPIRED ACTS OF RETALIATION, DISCRIMINATION, RACIAL ANIMUS,INTERFERRENCE WITH CIVIL RIGHTS, DENIED,IMPEDED, FRUSTRATED ACCESS TO THE COURTS , DENIED RIGHT TO FREEDOM OF SPEECH INTER ALIA.[King v Zamira] 788 F.3d 207,2015 US App LEXIS 9022, [Hooks v Hooks], 771 F.2d 935, 943-44 (6th Cir 1985) inter alia.

181 .)-Mr.Gordon incorporates by reference paragraphs  1-thru-169 by reference as if completely rewritten herein.

182.)-Denise Henry, John/Jane Doe targeted Mr.Gordon for being a black male, using the grievance procedure, for helping other targeted black males use the grievance procedure, for filing law suits, for using the law, planned to open Mr.Gordon's legal mail when he was not present

(50 of 52)

stealling his subscriptions of Prison legal news, Criminal legal news
witholding is legal mail vindictively, withholding his regular mail/books
as a means of harassment inter alia.

183.)-As a direct rpoximate result Mr.Gordon had to stop ordering Prison/
Criminal Legla news, his subscriptions were stollen, where he was never
reimbursed, he was denied access to the courts, his access to the courts
was impeded/frustrated, inter alia.

COUNT 6: NEGLECTING TO PREVENT CONSPIRED ACTS OF RETALIATION INTER ALIA.
184.)-Mr.Gordon incorporates by reference paragraphs 1-thru-169 by
reference as if completely rewritten herein,

185.)-David Gray Patrick Haley, David Taylor, Mary Potter, negelcted
to prevent conspire acts of retalaition that was known to them as
described herein by Pytlak, Chuck Tiger, Litzenberger,Carpenter,
Lucas, Covey, Tiger, Henry, John Jane Doe 1-thru-25.

186.)-As a direct proximater result Mr.Gordon suffered, denied access
to the court, frustrated,impeded access to the court, denied his property,
inter alia.

WHEREFORE THE FORGOING REASONS Mr.Gordon prays for a judgment against
defendants as follows,

A.$400,000 in compensatory damages-B.$350,000 in punitive damages
C-Injunctive relief, for electronic machines be put in all ODRC prison FOR Legal Mail

                    STATE OF OHIO          )
                                           ) S.S. AFFIDAVIT OF VERIFICATION FOR
                    COUNTY OF BELMONT  )           DANTE' D. GORDON

   I Dante' D. Gordon affiant herein, declares after being duly sworn,
cautioned of the penalties of perjury, do hereby depose that the
following facts, evidence, are true and accurate, that I have personal
knowledge of the facts, evidence/exhibits attached herein and hereto,
that I am competent and willing to testify, to everything in the sworn
complaint.

                                                    Dante' D. Gordon

 Sworn to and subscribed before me in my prescence this 19 day of November
 2024

JAMES CARL COVEY
Notary Public
State of Ohio
My Comm. Expires
July 19, 2025

                                        NOTARY PUBLIC

                        (51 of 52)

28 USCS UNSWORN DECLARATION UNDER PENALTY OF PERJURY OF DANTE' D. GORDON

I Dante' D. Gordon delcare ,verify, certify, under the penalty of perjury that the foregoing is true and correct,

I put a copy of  42 USC 1983 action in  BeCI Institutional Mailbox Jan 5,2025

Executed Jan 5,2025

Dante' D. Gordon

52 of 52