# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| DANTE' D. GORDON, | : | Case No. 2:25-cv-31 |
| Plaintiff, | : | |
| vs. | : | District Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Elizabeth P. Deavers |
| BARBER INSTRUCTOR THOMAS PYTLAK, *et al.*, | : | |
| Defendants. | : | |

## DEFICIENCY ORDER

Plaintiff, a *pro se* inmate, has filed a motion for leave to proceed *in forma pauperis* in connection with a civil rights complaint. (Doc. 1). Plaintiff's complaint, however, names nineteen defendants and consists of a form complaint, a single-spaced, fifty-page attachment, and 229 pages of exhibits. (Docs. 1-1; 1-4 – 1-9).

Plaintiff's complaint fails to comply with Fed. R. Civ. P. 8(a), which provides that the complaint contain a "short and plain statement of the claim." Although complaints may be dismissed for lack of compliance with Rule 8, *cf. Shabazz v. Xerox*, No. 1:14cv578, 2014 WL 4181600, at *1, *3 (S.D. Ohio Aug. 21, 2014) (Beckwith, J.; Bowman, M.J.) (and cases cited therein), the Undersigned will provide Plaintiff with the opportunity to file an amended complaint that conforms with Rule 8(a).

Accordingly, if Plaintiff wishes to proceed in this action, he is **ORDERED** to file an amended complaint, **which must not exceed 20 pages in length**, setting forth in clear, short and concise terms the names of each defendant, the specific claims for relief attributable to each Defendant, and the factual allegations supporting each such claim within **thirty (30) days)**. As

required by S.D. Ohio Local Rule 5.1, the amended complaint should be legible and **double-spaced**.  Further, pursuant to Fed. R. Civ. P. 20(a)(2), the factual allegations and claims must arise out of the same transaction or occurrence.  If Plaintiff wishes to seek relief based on unrelated claims he must do so in separate actions.

**If Plaintiff fails to comply with this Deficiency Order within the requisite 30-day period, this case shall be dismissed for lack of prosecution.**  Should Plaintiff need additional time to comply with this Deficiency Order, he should file a motion for an extension of time.

**IT IS SO ORDERED.**

February 7, 2025

*S/ Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
United States Magistrate Judge